UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

FILED

JAN 0 4 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Shawndale D. Chilcoat
*Plaintiff*,
v.

Jeff Grey
*Defendant*,

)
)
)
)
)
)
)
)
)
)
)
)
)
)

3:23 CV 14

Civil Action No _____

**COMPLAINT**

JUDGE HELMICK

MAG JUDGE CLAY

Plaintiff's complaint against Defendant states and alleges:

1. On August 11, 2022, early in the morning the Plaintiff was awakened by F.B.I agents outside her home, with guns pointed at her residence, announcing for her to come out.
2. The Plaintiff came to the door with her hands-up, and with her phone in her hand, asking "why are you here?". The FBI kept their guns pointed at the Plaintiff until she stepped outside and onto the sidewalk.
3. The FBI then told the Plaintiff to turn around, while they still had guns pointed at her, once the Plaintiff turned around, she was handcuffed.
4. The Plaintiff ask again "why are you here", and a women agent stated, "For January 6th".
5. The F.B.I then entered the Plaintiffs home and the same female agent stated "are you going to give us the same combinations, if you don't, we are going to crack them open"; the Plaintiff did not consent.
6. The Plaintiff was then taken directly from her home two hours away to the FBI in Toledo, Ohio, by two FBI agents. The Plaintiff refused questioning and the FBI proceeded to take a forced DNA sample, as well as forced fingerprinting, and forced photographing.
7. The Plaintiff was then taken to the U.S Marshalls and again subject to forced fingerprinting, photographing, and then placed in a cell.
8. The Plaintiff was then taken to court at the Federal District for Northern Ohio, in front of the Magistrate who ordered the search and seizure warrants, not the Magistrate whom ordered the Plaintiffs arrest.
9. The Plaintiff was denied bail, even thought she was no threat to society and the Plaintiff discovered she would not have another court date until August 15, 2022.
10. The Plaintiff was then taken to the Lucas County Correctional Center, booked, and placed in jail for 4 days, until August 15, 2022.

11. On August 15, 2022, when the Plaintiff appeared in court, one of the terms of the Plaintiffs release was to attend court via Zoom meetings in Washington D.C outside the border of Ohio.
12. Where the Plaintiff is still to this day fighting jurisdiction with the Washington D.C. courts which not been proven.
13. When the Plaintiff arrived at her shuffled home on August 15, 2022, she noticed 3 warrants upon her dining room table along with a long list of all the items taken from her home.
14. The Plaintiff noticed that the alleged "arrest warrants" had the name of an FBI agent listed as the complainant, whom was not an eyewitness or victim sworn under oath.
15. The Plaintiff also noticed at least one of the alleged warrants was not signed with a wet ink signature; or the signature or seal of a deputy clerk.
16. The Plaintiff then noticed her 2 safes where cracked open and the door to an outside building had been busted open with a battering ram.
17. On November 2, 2022, the Plaintiff had a scheduled meeting with the Defendant, at the Mercer County Sheriff's Department, to ask the Defendant why he wasn't at her home on August 11, 2022, and why he allowed the unlawful arrest and unlawful search and seizure?
18. The Defendant quickly silenced the Plaintiff by telling her that the conversation was being recorded and that if she talked about the arrest, the Defendant would have to share the audio with the FBI, the Plaintiff then said she would not speak on the matter.

### COUNT I 18 USC CHAPTER 77 - PEONAGE, SLAVERY, AND TRAFFICKING IN PERSONS

19. Plaintiff re-alleges paragraphs 1 through 18.
20. Due to Defendants neglect the Plaintiff has been trafficked though the FBI, USM, Lucas County Correctional Center; as well as Zoom meetings to appear in court with Washington D.C. for a victimless, no monetary loss, code.
21. All "charges" have a dollar amount, this is why indictments state "a true bill"
22. Plaintiff has been subject to cyber fraud, corporation fraud, and mail fraud

### COUNT II USC §241 CONSPIRACY AGAINST RIGHTS

23. Plaintiff re-alleges paragraphs 1 through 18.
24. Under the color the Defendant has colluded with the FBI to entrap the Plaintiff into Washington D. C's jurisdiction.
25. The unlawful acts of the Defendant have subjected the Plaintiff to malicious prosecution and unwarranted charges, such as a felony charge without a victim or witnesses.

### COUNT III 18 USC §242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

26. Plaintiff re-alleges paragraphs 1 through 18.
27. The Defendants neglect allowed the FBI to breech the Plaintiffs home under color of law, and legislative statutes/codes.
28. The Defendant subverted his executive authority to a lower level of authority, such as the FBI.

### COUNT IV 18 USC§ 654 OFFICER OR EMPLOYEEE OF UNITED STATES CONVERTING PROPERY OF ANOTHER

29. Plaintiff re-alleges paragraphs 1 through 18.

30. The Defendants neglected to uphold his oath, and did so by colluding with the FBI and their unlawful warrants under the color of law, to wrongfully convert the property of the Plaintiff to the US Government.

### COUNT V 18 USC §1001 STATEMENTS OR ENTRIES GENERALLY

31. Plaintiff re-alleges paragraphs 1 through 18.
32. The Defendant did make fraudulent false statements when stating he would have to send the audio of him and the Plaintiffs conversation to the FBI.
33. The Defendant did make fraudulent false statements when stating all that he knew of the offense was what "they printed in the paper".

### COUNT VI 18 USC §1512B ENGAGES IN MISLEADING CONDUCT

34. Plaintiff re-alleges paragraphs 1 through 18.
35. The Defendant did engage in misleading conduct by silencing the Plaintiff by stating he would have to send the audio of him and the Plaintiffs conversation to the FBI

### COUNT VII 18 USC §2071 CONCEALMENT, REMOVAL, OR MUTILATION

36. Plaintiff re-alleges paragraphs 1 through 18.
37. The Defendant did conceal the unlawful acts of the FBI working under the color of law by not preventing the act before the assault and by not stopping the assault after the fact was allegedly known.

### COUNT VIII 42 USC §1983 CIVIL ACTION FOR DEPRIVATION OF RIGHTS

38. Plaintiff re-alleges paragraphs 1 through 18.
39. The Defendant did allow the FBI armed with unlawful warrants under the color of statutes, of the State, Territory, and the District of Columbia, and subjected the Plaintiff to the deprivation of her rights, privileges and immunities secured by the Constitution of laws

### COUNT IX 42 USC § 1985(3) CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS

40. Plaintiff re-alleges paragraphs 1 through 18.
41. The Defendant did indirectly deprive the Plaintiff of her rights and privileges by failing to uphold to his sworn oath, allowing the FBI under the color of law to arrest the plaintiff and invade her home.
42. The Defendant did threaten to send the audio of him and the Plaintiffs conversation to the FBI if she questioned the unlawful act.

### COUNT X 42 USC §1986 ACTION FOR NEGLECT TO PREVENT

43. Plaintiff re-alleges paragraphs 1 through 18.
44. The defendant did have the power to prevent the wrongful doings of the FBI before the assault and invasion.
45. The Defendant also had the power to prevent more wrongdoing after the initial assault and invasion occurred but did not.

### COUNT XI 18 USC §1201 KIDKNAPPING

46. Plaintiff re-alleges paragraphs 1 through 18.
47. The Defendants, neglect did allow the FBI to come to the Plaintiffs home under the color of law, early in the morning on August 11, 2022, to take her away to another county, without notifying any of her family.
48. The defendant's office did not tell the Plaintiffs son or daughter, where the Plaintiff was, when they called to ask, the Sheriff's Office stated they didn't know anything about it.
49. The Defendant disregarded his Oath and did not inspect the warrants to make sure they were not violating the Plaintiffs Constitutional Rights.

### COUNT XII OHIO REVISED CODE 2903.12 AGGRAVATED ASSUALT

50. Plaintiff re-alleges paragraphs 1 through 18.
51. The unlawful acts of the Defendant allowed for the FBI to arrest the Plaintiff at gun point which has inflicted PTSD.
52. Due to the Defendants failure to uphold his oath the Plaintiff was not taken directly to a magistrate, nor did they take the Plaintiff, to the Mercer County Sheriff's Office, for the purpose of booking, so the Plaintiffs children could know where the Plaintiff was at.
53. The Defendant neglecting his duty allowed the unlawful arrest and denied her the right to property and due process.

### COUNT XIII OHIO REVISED CODE 2903.13 ASSAULT AND BATTERY

54. Plaintiff re-alleges paragraphs 1 through 18.
55. Due to the unlawful acts of the Defendant, the Plaintiff suffered a series of assaults and batteries upon her, including arrest, ankles shackled, handcuffing, false imprisonment, physically searched, forced photographing, forced fingerprinting, forced DNA collection, and booking procedures.

### COUNT XIV OHIO REVISED CODE 2743.48 FALSE IMPRISONMENT

56. Plaintiff re-alleges paragraphs 1 through 18.
57. The Defendant permitted the F.B.I to enter Mercer County to kidnap the Plaintiff from her home, acting contrary to laws of the land.
58. The Defendant allowed the FBI to falsely imprison the Plaintiff for four days, without bail; depriving her of her liberty.
59. The Plaintiff's, home breeched, the Plaintiff suffered mental anguish, and was embarrassed in front of her children and grandchildren and embarrassed for them; as well as the arrest was on local news, the newspaper and all over the internet.
60. The Plaintiff's clean record has also been tarnished.

### COUNT XV OHIO REVISED CODE SECTION 2913.02 THEFT AND FRAUD

61. Plaintiff re-alleges paragraphs 1 through 18.
62. The defendants neglect allowed the FBI under the color of law and false warrants to take the Plaintiff's electronics and guns as well as damage the Plaintiff's property.

4

### COUNT XVI OHIO REVISED CODE 2921.45 INTERFERING WITH CIVIL RIGHTS

63. Plaintiff re-alleges paragraphs 1 through 18.
64. The Defendant did prevent communication by silencing the Plaintiff, with the threat of sending their audio conversation to the FBI.
65. The Defendant did prevent communication by stating he only knew wheat "they printed in the paper".

THEREFORE, Plaintiff demands Judgment against Defendant, as her liability appears, in the sum of 15 million ($15,000,000), together with the costs and disbursements. Dated: January 3, 2023, Shawndale D. Chilcoat, 3528 Bunker Hill Rd., Celina Ohio 45822.

1-4-23
Date

*Shawndale Chilcoat* (signature)
Shawndale D. Chilcoat
3528 Bunker Hill Rd.
Celina, Ohio 45822

1-4-2023
Date

Notary Public (signature)

LYDIA MORGAN MILLER
Notary Public
State of Ohio
My Comm. Expires
August 1, 2027

5