AO 442 (Rev. 11-11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
AUG 12 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| United States of America | ) |
|---|---|
| v. | ) |
| SHAWNDALE CHILCOAT | ) Case: 1:22-mj-00179 |
| | ) Assigned To Magistrate Judge : Meriweather, Robin M. |
| | ) Assign. Date : 8/10/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SHAWNDALE CHILCOAT
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(B) - Entering and Remaining in the Gallery of Congress,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings,
18 U.S.C. § 1512(c)(2) - Obstruction or Impeding Any Official Proceeding.

Date: 08/10/2022

2022.08.10 18:15:08 -04'00'
*Issuing officer's signature*

City and state:     Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/10/22, and the person was arrested on *(date)* 8/11/22 at *(city and state)* Celina, OH |
| Date: 8/11/22    *Arresting officer's signature* Chad Smith, Deputy U.S. Marshal *Printed name and title* |