AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22–mj–00179 |
| SHAWNDALE CHILCOAT, (DOB: XXXXXXXXX) | ) Assigned To Magistrate Judge : Meriweather, Robin M. |
| DONALD CHILCOAT, (DOB: XXXXXXXX) | ) Assign. Date : 8/10/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | - Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) | - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(B) | - Entering and Remaining in the Gallery of Congress, |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly Conduct on Capitol Grounds, |
| 40 U.S.C. § 5104(e)(2)(G) | - Parade, Demonstrate, or Picket in any of the Capitol Buildings, |
| 18 U.S.C. § 1512(c)(2) | - Obstruction or Impeding Any Official Proceeding. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Ian Moore, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __08/10/2022__          2022.08.10 18:11:10 -04'00'

_____
Judge's signature

City and state: _____Washington, D.C._____    Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title