AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio ☑

I hereby certify that this instrument is a true and correct copy of the electronically filed original. Attest: Sandy Opacich, Clerk of Court United States District Court Northern District of Ohio By: *Deputy Clerk*

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  3:22MJ5262
3528 Bunker Hill Road, Celina, Ohio 45822-8211, and any electronics )
previously seized pursuant to Federal Search Warrant 3:22MJ5255, for )
evidence of the possession or ownership of any firearms and/or ammunition )
by Donald Chilcoat )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A, which is incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B, which is incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____August 25, 2022_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Darrell A. Clay_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____August 11, 2022 / 3:13 p.m._____

*Judge's signature*

City and state: _____Toledo, Ohio_____   _____Darrell A. Clay, U.S. Magistrate Judge_____
*Printed name and title*