# County Sheriff's
# HANDBOOK



*"… with a firm reliance on the protection of the Divine Providence, we mutually pledge to each other our Lives, our Fortunes, and our sacred Honor."*

**Thomas Jefferson**

*"Government is not reason; it is not eloquent; it is force. Like fire, it is a dangerous servant and a fearful master."*

**George Washington**



*"In matters of Power, let no more be heard of confidence in men, but bind him down from mischief by the chains of the Constitution."*

**Thomas Jefferson**

*"I swear upon the altar of God, eternal hostility to every form of tyranny over the mind of man."* - **Thomas Jefferson**

*"Timid men prefer the calm of despotism to the tempestuous sea of liberty."* - **Thomas Jefferson**

# INDEX

Front Page       -       -       -       -       -       -       -       -       -       page
Index            -       -       -       -       -       -       -       -       -       page
Preface (purpose of this handbook) -   -       -       -       -       -       -       page
Duty of the County Sheriff       -       -       -       -       -       -       -       page
    Sheriff and the Court       -       -       -       -       -       -       -       page
    Court Duties       -       -       -       -       -       -       -       -       page
    Sheriff and Warrants       -       -       -       -       -       -       -       page
    Sheriff and the County Jail       -       -       -       -       -       -       page
    Sheriff is the Chief Law Enforcement Officer of the County       -       -       page
    Law Enforcement       -       -       -       -       -       -       -       page
Just Courts of Law rest upon Six Foundational Truths       -       -       -       -       page
    The General Rule       -       -       -       -       -       -       -       page
Law of the Land  -       -       -       -       -       -       -       -       -       page
The Laws of Nature and of Nature's God       -       -       -       -       -       page
Legislative Law is Vested Law       -       -       -       -       -       -       page
Statutes protecting People from abusive servants       -       -       -       -       page
    18 USC §241 Conspiracy Against Rights       -       -       -       -       page
    18 USC §242 Deprivation of rights under color of law       -       -       page
    18 USC §645 Court Officers Generally       -       -       -       -       page
    18 USC §654 Officer or Employee of United States Converting Property of Another       -       page
    18 USC §872 Extortion by Officers or Employees of the United States  -       -       page
    18 USC §1001 Statements or Entries Generally       -       -       -       page
    18 USC §1503 Influencing or Injuring Officer or Juror Generally       -       page
    18 USC §1512b Engages in Misleading Conduct       -       -       -       page
    18 USC §2071 Concealment, Removal, or Mutilation Generally       -       page
    18 USC §2076 Clerk is to File       -       -       -       -       -       page
    26 USC §7214 Offenses by Officers and Employees of the United States       -       page
    42 USC §1983 Civil Action for Deprivation of Rights       -       -       page
    42 USC §1985(3) Conspiracy to Interfere with Civil Rights       -       -       page
    42 USC §1986 Action for Neglect to Prevent       -       -       -       page
Oath     -       -       -       -       -       -       -       -       -       page
Political -      -       -       -       -       -       -       -       -       page
Politics  -      -       -       -       -       -       -       -       -       page
Rights and Sovereignty       -       -       -       -       -       -       -       page
Licensing Liberty       -       -       -       -       -       -       -       -       page
Remedy for Every Injury  -       -       -       -       -       -       -       page
Congress Cannot Alter Rights       -       -       -       -       -       -       page
Rights Do Not Come in Degrees       -       -       -       -       -       -       page
States Cannot License Rights       -       -       -       -       -       -       page
Interpretation in Favor of the People       -       -       -       -       -       page
The Preamble to the Bill of Rights  -       -       -       -       -       -       page
    Amendment I       religion, speech, press, to assemble & redress of grievances       -       page
    Amendment II      militia, keep and bear arms       -       -       -       page
    Amendment III     no soldier to be quartered in any house       -       -       page
    Amendment IV      secure in their persons, houses, papers, warrants       -       page
    Amendment V       grand jury, double jeopardy, right to remain silent & due process       -       page

| | | |
|---|---|---|
| Amendment VI    speedy & public trial, jury, right to defend, Assistance of Counsel | - | page |
| Amendment VII   right of trial by jury and common law | - | page |
| Amendment VIII  cruel and unusual punishments | - | page |
| Amendment IX    there is many more rights retained by the people | - | page |
| Amendment X     powers not delegated are reserved to the states and people | - | page |
| The Consent of the Governed | - | page |
| The People are entitled to the Laws of Nature's God | - | page |
| Informed Jurors | - | page |
| Only The People can File a Criminal Complaint- | - | page |
| Consent of Authority | - | page |
| Consent to Indict - | - | page |
| Only The People can Judge- | - | page |
| Common Law is the Law of the Land | - | page |
| No Emergency is Just Cause to Suppress the Constitution | - | page |
| Constitutions must be construed to Reference the Common Law, Summary Proceedings are Null & Void | | page |
| Supreme Law is the Basis of all Law | - | page |
| All Fiction of Law is Null and Void | - | page |
| No One is bound to obey an Unconstitutional Law and No Courts are Bound to Enforce it- | - | page |
| Due Process (most abused right) | - | page |
| Irreconcilable Conflict between Statute and Constitution is to be Resolved in Favor of the Beneficiary | | page |
| Liberty is a Blessing | - | page |
| Virtue | - | page |
| No God, No Liberty. Know God, Know Liberty | - | page |
| Religion in Law and Government | - | page |
| The Constitution for the United States of America | - | page |
| Preamble | - | page |
| Article I Legislative Powers | - | page |
| Article II Executive Power | - | page |
| Article III Judicial Power | - | page |
| Article IV Full faith and credit | - | page |
| Article V No State, without its Consent, shall be Deprived of its Equal Suffrage in the Senate. | | page |
| Article VI Supremacy Clause | - | page |
| Article VII Ratification | - | page |
| Amendments XI - XXVII | - | page |
| The Declaration of Independence | - | page |
| History of the Common Law | - | page |
| America is under Common Law | - | page |
| Israel was the First Common Law Nation- | - | page |
| Anglo-Saxon Limited Government | - | page |
| The Common Law Receives Scriptural Stability | - | page |
| We are a Judeo-Christian Nation - | - | page |
| History of the Sheriff | - | page |
| The Beginning the Middle Ages | - | page |
| The Office Grows | - | page |
| The Sheriff Crosses the Atlantic | - | page |
| The Sheriff Today | - | page |

**TAKE NOTE** – "*All words in Italics are exact quotes*"

## PREFACE

The purpose of this pocket handbook is to "fully inform" the American County Sheriffs, Deputies and Bailiffs as to their authority, duty and the Law. This handbook is an endeavor to concisely and completely cover the aforesaid in a topical style to make it easy for reference.

We also created a website www.PoweroftheCountySheriff.org to further expound on the topics within this handbook; provide a further education, offer two (2) free online courses[1], provide many pertinent documents, provide pertinent information, provide for a national platform for communications among Sheriffs and offer authoritative advice; in short a Proper Education.

**Constitution for the United States of America Article VI:** *The Senators and Representatives before mentioned, and the members of the several state*  *legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution.* Sheriffs are judicial officers.

**Sheriffs Oath:** "*I hereby do solemnly swear that I will support and defend this Constitution for the united States of America, against all enemies, foreign and domestic, so help me God*".

Don't be deceived the Law is not complex; Thomas Jefferson said that "*Common sense is the foundation of all authorities, of the laws themselves, and of their construction.*"

The Law of the Land consists of: (1) the Constitution, written by We the People, under the authority of God, to empower, control and restrict government servants. (2) Common Law which is written by God in the hearts of men; and, (3) Constitutional Statutes which are written by legislators. Any statute or code outside of the aforesaid, and there are many, is null and void and that is why we need a Constitutional Law protector who knows the difference. If a Sheriff must depend upon a lawyer to determine the Law, it's no different than giving (s)he your badge and the responsibility for your oath. That is not honoring your oath. Lawyers

---

[1] 6 hour Constitution Course, 120 hour Civics Course.

already run our government and have the People ratchetted down in unconstitutional codes, statutes and illegal warrants; therein is the problem in a nut shell and the reason we need Sheriffs who know the Law.

> *"Lawyers rejected the counsel of God"* - Luke 7:30; *"The lawyers, said unto Jesus, Master, thus saying thou reproaches us also. And Jesus said, Woe unto you also, ye lawyers! for ye lade men with burdens grievous to be borne, and ye yourselves touch not the burdens with one of your fingers... Woe unto you, lawyers! for ye have taken away the key of knowledge: ye entered not in yourselves, and them that were entering in ye hindered."* Luke 11:45-46, 52

In order for statutes to become Law, the legislators must first be given authority by We the People which is found under Article I. Section 8 which is restrained by Article I. Section 9 and the Bill of Rights. **This is where the Sheriff's attention should be.** If Congress writes statutes outside of Article I. Section 8 or statutes that violate Section 9 or the Bill of Rights the following "General Rule" of the United States Supreme Court is to be applied, and herein is the Power of the County Sheriff.

> *"The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void and ineffective for any purpose, since its unconstitutionality dates from the time of its enactment... In legal contemplation, it is as inoperative as if it had never been passed... Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no right, creates no office, bestows no power or authority on anyone, affords no protection and justifies no acts performed under it... A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing law. Indeed insofar as a statute runs counter to the fundamental law of the land, (the Constitution) it is superseded thereby. No one is bound to obey an unconstitutional law and no courts are bound to enforce it."* Bonnett v. Vallier, 116 N.W. 885, 136 Wis. 193 (1908); NORTON v. SHELBY COUNTY, 118 U.S. 425 (1886)

Show us a County Sheriff that does not know the Law and we will show you a Lawless County. Because it is in the nature of unrestrained government servants to seize more and more power and control over the People and this is precisely why we need a true Lawman who takes pride in the knowledge of the Law. The office of the Sheriff is not to blindly enforce codes, rules and statutes but to enforce the Law and constitutional statutes that prevent lawless servants from injuring the People; it's up to the Sheriff to *"bind the government servant down from mischief by the chains of the Constitution."* Thomas Jefferson

> *"If a nation expects to be ignorant and free... it expects what never was and never will be."* - Thomas Jefferson

The County Sheriff also has a duty to enforce the Common Law which is written by God in the hearts of men. There are two Common Law Principles that guide us in knowing the Common Law; (1) In order for there to be a crime there must be an injured party and the government in general cannot be the injured party. (2) For every injury there must be a remedy. This is the simplicity of God's Law, do not kill, do not steal, do not injure, do not trespass, etc.... We all know this!

What separates the Sheriff from the police is the fact that police are code enforcement officers that answer to a political servant who has the power to fire. And if the political servant is lawless, so are the police! Whereas, the Sheriffs' are Law enforcement officers, that answers to We the People directly at the ballot box. Therefore, the Sheriff will be as Lawful as his knowledge of the same. There are only three ways a Sheriff can be removed from office (1) the People can vote him/her out, (2) impeachment and (3) indictment by the Grand Jury.

There are four things the Sheriff needs in order to arrest a lawless judge or any lawless elected or appointed servant with impunity and fearlessness. They are: (1) Knowledge of the Law; (2) Knowledge that no agency or elected or appointed servant can remove a Sheriff from office nor can a Sheriff be arrested unless (s)he violates the Common Law such as stealing, killing, etc..., (3) the People standing behind him and (4) access to the Grand Jury to get an indictment. The Sheriffs should not be going to the county prosecutor for an indictment as all too often, they are gatekeepers for the lawless.

It is imperative that the Sheriff have the active support of the People. The best place for the Sheriff to find that is in locally controlled citizen and liberty groups. Go out and talk to them often, ask for their support to help you protect their unalienable rights, because they are the most active and will show up to support you when you need them.

Sheriffs should keep their eye out for Committees of Safety (COS) which are exploding across the Nation. All 56 signers of the Declaration of Independence were members of Committees of Safety. Committees of Safety are the most powerful tool the Sheriff can have because they are We the People; learn about them! To see if there are Committees of Safety in your County you can go to www.PoweroftheCountySheriff.org/ and click on the COS tab to find one. If there are no Committees of Safety in your County you can contact the National COS Committee Chairman, whose job it is to help start Independent Grassroots Committees of Safety and he will contact patriots in your County and encourage them to start a COS and connect you with them.

Sheriffs need to have a *"proper education"* and the support of other *"properly educated"* Sheriffs standing with them and, rarely, if necessary, an armed posse, especially if they are going up against a federal or state agency or lawless government servants. You can go to www.powerofthecountysheriff.org/ to find such an education and unite with other Sheriffs who are awakening.

Most importantly, the Sheriff must have "Grand Jury Access"! The Sheriff has been around for 100's of years, and like the Coroner, has always had direct access to the Grand Jury without a monitor. The only purpose of a gatekeeper is to protect the guilty, and the only reason they can get away with having all powerful gatekeepers is because of the Sheriff's and the Peoples' ignorance of the Law of the Land.

Just because there are lawful rules and statutes that provide for prosecutors to call the Grand Jury, which is necessary to empower them to do so, it doesn't negate the power and authority that the Sheriff and the coroner have always had and still have the authority to call the Grand Jury themselves.

The major problem with prosecutors is that they think that after they get an indictment they have the power to add or remove chargers or make deals. Only the

Grand Jury can add or remove charges and make a deal with the accused, but they can only make a deal if they have the consent of the injured party. That is because another Common Law Principle says *"for every injury there must be a remedy"* and only a Trial Jury can render a remedy without the consent of the injured. This is all Common Sense; this is Common Law, so called because it is common onto all!

Prosecutors usually throw the book at the accused thereby inflating jail sentences and then later offer the accused less time if they plead guilty; that's called extortion!

The Sheriff should always know when the Grand Jury is in session so that if (s)he wants to ask the People for an indictment against a judge, some other elected or appointed official or maybe even the prosecutor, the Sheriff can go to the court and talk to the Grand Jury directly. He need not explain himself to anyone, and, if necessary, can arrest anyone who gets in his way for obstruction of justice. Once the Sheriff gets an indictment, the prosecutor cannot reduce or change the charges because that's a crime!

> *"One single object... will merit the endless gratitude of society: that of restraining the judges from usurping legislation."* - Thomas Jefferson to Edward Livingston, 1825. ME 16:113.

> *"The government will certainly decide for itself on whose counsel they will settle the construction of the laws they are to execute. We are to look at the intention of the Legislature, and to carry it into execution while the lawyers are nibbling at the words of the law."* - Thomas Jefferson to Albert Gallatin, 1808 ME 12:168.

Sheriffs whether they be a democrat or republican, liberal or conservative should



not indulge in party favors, only the Law, that's your oath! This Comprehensive Handbook was written to fully inform the Sheriff and deputies of their powers and authorities that they took an oath to perform. Thereby, supporting and defending the Constitution for the United States of America. For a higher education go to www.PoweroftheCountySheriff.org/

## DUTY OF THE COUNTY SHERIFF

The Sheriff is to support and defend the Law of the Land a/k/a the Constitution and the Laws of Nature's God a/k/a Common Law by which the former is vested via 𝔚e the 𝔓eople who are vested by the latter, not legislative bodies!

We are a nation governed by the common laws of God which makes our Law superior and more Just than any other nation's law. Therefore, the Oath of the County 𝔖heriff is a Sacred Oath which, when violated, is a direct assault upon God whose judgement will not rest forever[2]. Thomas Jefferson professed America's covenant between 𝔊od and 𝔚e the 𝔓eople when he penned the following:

> *"When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation. We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed,"*

## SHERIFF AND THE COURT

The court belongs to the sovereign people. The United States Supreme Court defines the Court as:

> *"An agency of the sovereign* [the People] *created by it* [the People] *directly or indirectly under its* [the People's] *authority, consisting of one or more officers,* [magistrate, sheriff, coroner and prosecutor] *established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations*

---

[2] *"I tremble for my country when I reflect that God is just; that his justice cannot sleep forever."* -- Thomas Jefferson

*thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority.*" Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070.

State and County Courts are Courts of Record. In some cases, city courts are Courts of Record. For instance, New York City Courts are Courts of Record, but all other city courts in New York State are Not Courts of Record. To find out what courts are Courts of Record, look in your State Constitution which will list these courts. All other courts are called nisi prius courts, also called administrative courts. These courts are not Courts of Record. Unless your State Constitution says differently all city, town and village courts are not Courts of Record.

Bouvier's Law defines nisi prius courts: "*Where courts bearing this name exist in the United States, they are instituted by statutory provision* (not Constitutional)." Nisi prius is a Latin term Black's Law states: "*Prius means first. Nisi means unless. A nisi prius procedure is a procedure to which a party FIRST agrees UNLESS he objects. A rule of procedure in courts is that if a party fails to object to something, then it means he agrees to it. A nisi procedure is a procedure to which a person has failed to object A "nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.*"

The United States Supreme Court said concerning "*Courts of Record and Courts Not of Record; the former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded.*" 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

The Sheriff has a duty to provide Law Enforcement officers in all courts of Record, often called Bailiffs, which means guardian or steward, who are a Sheriff's Deputy, in all Courts of Record. Like the Sheriff Deputies, are to have a "proper

education". It is the duty of the Sheriff to make sure that his Deputies have a "proper education".

The Bailiff is not in the Courtroom as a private body guard for the judge, (s)he is there to protect the People and the judge who is also one of the People. He is there to keep the peace by making sure the Law of the Land is being adhered to and that unalienable rights are not being violated.

If the Sheriff perceives that the judge, or any other elected or appointed official for that matter, is breaking the law, the best way to proceed is to get an indictment before making an arrest. Don't trust the gatekeeper, because he is likely to help the judge. Judges and prosecutors are both elected, both political, both BAR members, both lawyers and have a close working relationship and therefore, are likely to share a comradery. Go see the Grand Jury directly and secure an indictment.

**COURT DUTIES** - Sheriffs are responsible for maintaining the safety and security of the court. A Bailiff is required to attend all court sessions, to take charge of juries whenever they are outside the courtroom, to serve court papers, to extradite prisoners, and to perform other court-related functions.

## SHERIFF AND WARRANTS

<u>AMENDMENT IV</u>: *"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and <u>**no Warrants shall issue**</u>, <u>**but upon probable cause**</u>, <u>**supported by Oath or affirmation**</u>, and particularly <u>**describing the place to be searched**</u>, and the <u>**persons or things to be seized**</u>."*

According to Black's Law Dictionary, the word oath, in its broadest sense, includes "all forms of attestation by which a party signifies that (s)he is bound in conscience by "a solemn and formal declaration or asseveration that an affidavit is true.

No warrant, including a federal warrant is to be served without going through the Sheriff's office. Any warrant without a **sworn affidavit** and a **judge's wet ink signature** (not a stamp) is not an executable warrant. It is the Sheriff's duty to make sure that all warrants, federal or state, served within their county passes constitutional scrutiny; IRS warrants rarely pass constitutional scrutiny. For example the IRS has a **form 4490** called **Proof of Claim for Internal Revenue Taxes**, which is an affidavit form that must be filled out and sworn to, without which the warrant with the wet ink signature is not executable.

## SHERIFF AND THE COUNTY JAIL

Sheriffs' offices maintain and operate county jails or other detention centers, community corrections facilities such as work-release, and halfway houses. Sheriffs are responsible for supervising inmates, protecting their rights and providing food, clothing, exercise, recreation and medical services.

Before the Sheriff is to accept any prisoner, he is to make sure that due process has been exercised. If a court sends a prisoner sentenced to be incarcerated and there was no indictment and petit jury (*trial by 12 jurists*) before the sentencing, the prisoner is now a victim who was not given due process. The Sheriff cannot accept that prisoner. Unfortunately, because of ignorance, County Jails are filled with such prisoners. Black's Law defines an "*infamous crime*" as a crime punishable by imprisonment.

> **Amendment V:** "*No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury.*"

> **Amendment VI**: "*In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury...*"

The Sheriff cannot accept any prisoners that were tried in Courts "Not of Record" because they are nisi prius courts and do not have the power to fine or incarcerate.

> "*Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded.*" 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

## SHERIFF IS THE CHIEF LAW ENFORCEMENT
## OFFICER OF THE COUNTY

"*The Sheriff is the chief executive and administrative officer of a county, being chosen by popular election. His principal duties are in aid of the criminal courts and civil courts of record; such as serving process, summoning juries, executing judgments, holding judicial sales and the like. He is also the chief conservator of*

*the peace within his territorial jurisdiction.*" Harston v. Langston, Tex.Civ. App., 292 S.W. 648, 650. When used in statutes, the term may include a deputy sheriff. Lanier v. Town of Greenville, 174 N.C. 311, 93 S.E. 850, 853.

Justice Scalia, writing for the majority in a 1997 decision said that the "*States are not subject to federal direction*" and that the US Congress only had "*discreet and enumerated powers*" and that federal impotency was "*rendered express*" by the Tenth Amendment. He further confirmed that the Sheriff is the Chief Law Enforcement Officer of the county and also proclaimed that the States "*retained an inviolable sovereignty.*" Scalia went even further in this landmark decision, one in which two small-town sheriffs headed the Feds "*off at the pass*" and sent them on their way. Scalia, in his infinite obligation to the Constitution, took this entire ruling to the tenth power when he said, "*The Constitution protects us from our own best intentions... so that we may resist the temptation to concentrate power in one location as an expedient solution to the crisis of the day.*" Obviously the Sheriff is the Peoples last line of defense against a government gone rogue.

**Law Enforcement -** A sheriff always has the power to make arrests within his or her own county. Some states extend this authority to adjacent counties or to the entire state. Many sheriffs' offices also perform routine patrol functions such as traffic control, accident investigations, and transportation of prisoners. Larger departments may perform criminal investigations, and some unusually large sheriffs' offices command an air patrol, a mounted patrol, or a marine patrol.

Sheriffs still enlist the aid of the citizens. The National Neighborhood Watch Program, sponsored by the National Sheriffs' Association, allows citizens and law enforcement officials to cooperate in keeping communities safe. This is why the new mission of the Indiana Sheriffs' Association and their slogan is "Building Communities of Trust in ALL 92 Indiana Counties."

As the sheriffs' law enforcement duties become more extensive and complex, new career opportunities exist for people with specialized skills: underwater diving, piloting, boating, skiing, radar technology, communications, computer technology, accounting, emergency medicine, and foreign languages (especially Spanish, French, and Vietnamese.)

## JUST COURTS OF LAW REST UPON
## SIX FOUNDATIONAL TRUTHS

(1) Truths are self-evident, (2) All men are created equal, (3) We are endowed (gifted) by the Creator, (4) We have unalienable Rights, (5) To secure these rights we have a right to institute governments, (constitution), (6) Governments that derive their just powers from the consent of the People wherein we ordained and established the following:

> "*We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.*" -- Preamble to the Constitution for the United States of America

Therefore, by the Powers vested in We the People by God, We the People did "*Ordain & Establish*" vested powers to our government servants who are bound by the chains of the Constitution[3] thru their oaths, to the following six ends, alone: (1)Form a more perfect union, (2)Establish justice, (3)Insure domestic tranquility, (4)Provide for the common defense, (5)Promote the general welfare and (6)Secure the blessings of liberty to ourselves and our posterity. No legislation is to pass that does not in the end serve one or more of the aforesaid six ends, any legislation to the contrary is "null and void"[4] and the Sheriff is bound to treat it as such under the following General Rule:

## GENERAL RULE

> "*The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void and ineffective for any purpose, since its unconstitutionality dates from the time of its enactment... In legal contemplation, it is as inoperative as if it had never been passed... Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no right, creates no office, bestows no power or authority on anyone, affords no*

---

[3] "Put not your faith in men, but bind them down with the chains of the constitution." -- Thomas Jefferson.
[4] "All laws, rules and practices which are repugnant to the Constitution are null and void" -- Marbury v. Madison, 5th US (2 Cranch) 137, 180; "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them" Miranda v. Arizona, 384 U.S. 436, 491; "... that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land." Hoke vs. Henderson,15, N.C.15,25 AM Dec 677.

---

*protection and justifies no acts performed under it... A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing law. Indeed insofar as a statute runs counter to the fundamental law of the land, (the Constitution) it is superseded thereby. No one is bound to obey an unconstitutional law and no courts are bound to enforce it.*" Bonnett v. Vallier, 116 N.W. 885, 136 Wis. 193 (1908); NORTON v. SHELBY COUNTY, 118 U.S. 425 (1886)

Any Sheriff unable to understand and enforce "The General Rule" violates his oath of office and wars against God and We the People. For the Sherriff to correct this error there are only two choices (1) study and show thyself approved by your oath or (2) resign the office of Sheriff. It is also the duty of every Sherriff to train their Deputies in the Law of the Land. This is the very purpose of this book; to train up our Sheriffs and deputies in the way they should conduct themselves and not depart from it.

It has become agonizingly obvious through communicating with many Sheriffs and their deputies across the Nation, that the majority of them are not properly educated and, do not understand their oath and authority.

## LAW OF THE LAND

**Law:** *"That which is laid down, ordained, or established."* Koenig v. Flynn, 258 N.Y. 292, 179 N. E. 705.

**U.S. Constitution Article VI:** *"This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."*

**In conclusion**; Law is all about the securing of unalienable rights. We do not need a PhD to know and understand the Law. We need not yield our understanding to statutory lawyers, a/k/a BAR attorneys. The Bible tells us that lawyers reject the

counsel of God[5], they lay upon men grievous burdens[6] and take away the key of knowledge[7].

The Bible tells us that God has written his laws in the hearts of all men. 𝔚e the 𝔓eople can know right from wrong. We do not need legislators and lawyers to tell us. That is precisely why 𝔚e the 𝔓eople never gave our servant legislators authority to write statutes that govern our behavior. Nor did we give judges and prosecutors the authority to indict or judge 𝔚e the 𝔓eople; that authority we reserved to ourselves via untainted Juries with the power of nullification.

Common Law is built upon logic and reason through "maxims" and "principles". Maxims are self-evident truths such as: "*all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness*."; "*For every injury there must be a remedy*" and "*for there to be a crime there must be an injured party*". Principles are a state of mind that always needs to be considered such as Honor, Justice and Mercy.

Likewise, we need not yield our trust in understanding law to BAR attorneys. Thomas Jefferson told us: "*Laws are made for men of ordinary understanding and should, therefore, be construed by the ordinary rules of common sense. Their meaning is not to be sought for in metaphysical subtleties which may make anything mean everything or nothing at pleasure.*"[8]

"*The purpose of a written constitution is entirely defeated if, in interpreting it as a legal document, its provisions are manipulated and worked around so that the document means whatever the manipulators wish.*" Jefferson recognized this danger and spoke out constantly for careful adherence to the Constitution as written, with changes to be made by amendment, not by tortured and twisted interpretations of the text. A rule of thumb concerning the constitutionality of any

---

[5] **Luke 7:30** But the Pharisees and lawyers rejected the counsel of God against themselves, being not baptized of him.
[6] **Luke 11:46** And he said, Woe unto you also, ye lawyers! for ye lade men with burdens grievous to be borne, and ye yourselves touch not the burdens with one of your fingers.
[7] **Luke 11:52** Woe unto you, lawyers! for ye have taken away the key of knowledge: ye entered not in yourselves, and them that were entering in ye hindered.
[8] Thomas Jefferson to William Johnson, 1823. ME 15:450.

legislation or interpretation of the Constitution is to ask if the conclusion violates any of our unalienable rights and if it does its "Null and Void".

## THE LAWS OF NATURE AND OF NATURE'S GOD

*The judicial power shall extend to all cases, in law and equity...* U.S. Constitution, Article III, Section 2.[9]

The Laws of nature and of nature's God is called Natural Law or Common Law so called because the Law is common onto to all men and no one can escape its judgment which will be applied either in True Courts of Justice or on the last day[10]. According to Black's Law 4th edition, the key phrase "in law" means in the intendment or contemplation of the law; existing in law or by force of law. It is in fact actual, real as distinguished from implied or inferred.; *"Philosophically, it seems more correct to say that the word "land" means, in law, as in the vernacular, the soil ... The term "land" may be used interchangeably with "property;" it may include anything that may be classed as real estate or real property."* Reynard v. City of Caldwell, 55 Idaho 342, 42 P.2d 292, 297.[11] Law of the land lifted from Magna Carta means due process = process due and owing to all concerned, sometime called the paths of the law

Therein, the constitutional phrase "Law of the Land"[12] (property) for it is God who created all things[13] for His pleasure![14] and said, "The world is mine[15], all men are

---

[9] Jurisdiction of law as distinct from jurisdiction of equity; law here is short for common law as distinct from equity

[10] **2 Pet 3:6-7** "Whereby the world that then was, being overflowed with water, perished: But the heavens and the earth, which are now, by the same word are kept in store, reserved unto fire against the day of judgment and perdition of ungodly men."

[11] Law of the land lifted from Magna Carta means due process = process due and owing to all concerned, sometime called the paths of the law

[12] **US Constitution Article VI:** This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

[13] **Eph 3:9** And to make all men see what is the fellowship of the mystery, which from the beginning of the world hath been hid in God, who created all things by Jesus Christ.

[14] **Rev 4:11** Thou art worthy, O Lord, to receive glory and honour and power: for thou hast created all things, and for thy pleasure they are and were created.

[15] **Psa 50:12** ... the world is mine, and the fulness thereof.; **Exo 19:3-6** And Moses went up unto God, and the LORD called unto him out of the mountain, saying, Thus shalt thou say to the house of Jacob, and tell the children of Israel; Ye have seen what I did unto the Egyptians, and how I bare you on eagles' wings, and brought you unto myself. Now therefore, if ye will obey my voice indeed, and keep my covenant, then ye shall be a peculiar treasure unto me above all people: for all the earth is mine: **Job 41:11** ... whatsoever is under the whole heaven is mine. And ye shall be unto me a kingdom of priests, and an holy nation. These are the words which thou shalt speak unto the children of Israel.

mine[16], all souls are mine[17] and all gold and silver is mine[18]." 𝖂e the 𝖕eople and all of creation are God's property. God is the Lawgiver and Judge[19] who gave us the Law of Liberty[20] via unalienable rights thereby making us free[21] and 𝖂e the 𝖕eople through the Jury (grand and petit) sit as the Tribunal[22] on the King's Bench[23] to exercise the Law of the Land and no man by way of legislation or decree can take 𝖂e the 𝖕eoples' Liberty without consequence[24].

Black's Law states that the phrase "at Law" is used to point out that a thing is to be done according to the course of the common law. It is distinguished from a proceeding in equity. *"Law is that which is laid down, ordained, or established."*[25] Thomas Jefferson was a student of Lord Bolingbroke. He first began studying Bolingbroke's writings at the age of fourteen, and he read them again at the age of twenty-three as he was preparing for a career as a lawyer. Jefferson's Literary Commonplace Book contains more quotations from Bolingbroke than from any other author, and all historians have given Bolingbroke the credit for Jefferson's

---

[16] **Exo 13:1-2** And the LORD spake unto Moses, saying, Sanctify unto me all the firstborn, whatsoever openeth the womb among the children of Israel, both of man and of beast: it is mine.; **Exo 34:19** All that openeth the womb is mine.

[17] **Ezek 18:4** Behold, all souls are mine; as the soul of the father, so also the soul of the son is mine: the soul that sinneth, it shall die.

[18] **Hag 2:8** The silver is mine, and the gold is mine, saith the LORD of hosts.

[19] **LAWGIVER: Isa 33:22** For the LORD is our judge, the LORD is our lawgiver, the LORD is our king; he will save us.

[20] **LAW OF LIBERTY: James 2:12** So speak ye, and so do, as they that shall be judged by the law of liberty.; **James 1:25** But whoso looketh into the perfect law of liberty, and continueth therein, he being not a forgetful hearer, but a doer of the work, this man shall be blessed in his deed.; **Gal 5:13-14** For, brethren, ye have been called unto liberty; only use not liberty for an occasion to the flesh, but by love serve one another. For all the law is fulfilled in one word, even in this; Thou shalt love thy neighbour as thyself.; **Gal 4:31-Gal 5:1** So then, brethren, we are not children of the bondwoman, but of the free. Stand fast therefore in the liberty wherewith Christ hath made us free, and be not entangled again with the yoke of bondage.

[21] **FREEDOM: John 8:36** If the Son therefore shall make you free, ye shall be free indeed.

[22] **TRIBUNAL:** Bouvier's Law, 1856 Edition - The seat of the whole body of judges who compose a jurisdiction sometimes it is taken for the jurisdiction which they exercise. (2). This term is Latin, and derives its origin from the elevated seat where the tribunes administered justice.

[23] **BEFORE THE KING HIMSELF** the old name of the court of king's bench, which was originally held before the king in person. 3 Bl.Comm. 41. "The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative". Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.; Black's Law - Before us ourselves, (the king, i. e., in the king's or queen's bench.) [tribunal pre-trial] CORAM NOBIS. [Black's Law] Before us ourselves, (the king, i. e., in the king's or queen's bench.) Applied to writs of error directed to another branch of the same court, e. g., from the full bench to the court at nisi prius. 1 Archb. Pr. K. B. 234. See Writ of Error.

[24] **VENGEANCE: Rom 12:19** Dearly beloved, avenge not yourselves, but rather give place unto wrath: for it is written, Vengeance is mine; I will repay, saith the Lord.

[25] **Koenig v. Flynn, 258 N.Y. 292, 179 N. E. 705.**

famous phrase regarding *"the Laws of Nature and of Nature's God."* In a renowned letter to Alexander Pope, Lord Bolingbroke wrote the following words which were to become the basis for Jefferson's opening paragraph of the Declaration of Independence:

> *"You will find that it is the modest, not the presumptuous enquirer, who makes a real, and safe progress in the discovery of divine truths.  One follows nature, and nature's God; that is, he follows God in his works, and in his word."*

Here we find a definition from the very individual that all scholars recognize as the source of Jefferson's phrase. According to Lord Bolingbroke, the law of nature's God is the Law which is found in God's Word. This was the definition which was intended by Jefferson, and this was the manner in which his words were understood by our forefathers. The law of nature's God upon which our nation was founded is nothing less than the Bible itself.

> *"The laws of nature are most perfect and immutable; but the condition of human law is an unending succession, and there is nothing in it which can continue perpetually. Human laws are born, live, and die."* -- 7 Coke, 25.

As one might expect, the Bible is fairly clear on the subject of the supremacy of God and his law. It indicates that there is no God except the Lord God.[26] God is the God of creation and He is the Creator of all things visible and invisible.[27] God impressed his laws upon creation and he governs its operation accordingly.[28] God gave his law so that people would seek after God and know what God requires of every person.[29] Of course, the laws of God are right, perfect, and eternal.[30] They apply over the entire globe and are written in God's creation because God is the

---

[26] Isa 45:22-23 Look unto me, and be ye saved, all the ends of the earth: for I am God, and there is none else. I have sworn by myself, the word is gone out of my mouth in righteousness, and shall not return, That unto me every knee shall bow, every tongue shall swear. Rev 22:13 I am Alpha and Omega, the beginning and the end, the first and the last.

[27] Gen 1:1 In the beginning God created the heaven and the earth.; Rom 1:20 For the invisible things of him from the creation of the world are clearly seen, being understood by the things that are made, even his eternal power and Godhead; so that they are without excuse:; Col 1:16 For by him were all things created, that are in heaven, and that are in earth, visible and invisible, whether they be thrones, or dominions, or principalities, or powers: all things were created by him, and for him.

[28] Psalm 19:1-3,7-9,11.

[29] Genesis 2:16-17. See also, Acts 17:24-28.

[30] Psalms 119:128a [right], 142,151 [perfect], 160 [eternal].

Creator of all the earth.[31] These rules also apply to all people and are written within each man, woman and child because God is the Creator of all people.[32] God also reiterated the basic elements of his rules of right and wrong in the Bible.[33]

The implications of this situation are straightforward. Since God created all things, he also has the right to rule them according to his laws.[34] He rules the nations according to his laws.[35] His laws rule the nations irrespective of whether a given nation believes in God or recognizes his laws.[36] This does not mean that the nations are perfect nor does it mean that people who do not worship God cannot rule.[37] Nor does it mean that God will judge lawbreakers according to our timetables of justice.

It does mean, however, that God will not let a corrupt government rule forever.[38] God judges justly on the earth and punishes lawless leaders and nations.[39] Nations which forget God may completely perish.[40] Nations which honor God and try to follow his laws, however, can expect to receive his care and protection.[41]

## LEGISLATIVE LAW IS VESTED LAW

Neither the US Congress nor any State Congress has the authority to write statutes that control Peoples' behavior. It's up to the People to control their own behavior and if they injure someone, the common law has remedies. Vested authority in our Legislators is found in Article I. Section 8. Congress absolutely has no authority to legislate outside of Article I. Section 8.

**THE REAL LAW:** *"The common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy and statutes are "not the law,"* -- **Self v. Rhay, 61 Wn (2d) 261.** Legislated statutes enforced upon the people in the name of law

---

[31] Genesis 1:1-2:3 [Account of creation of heavens and earth]. Acts 4:24 & 14:15; [Affirmation that God made the heavens, earth, the sea and all therein]. Acts 17:24 [God made the world and dwells in heaven, not in man-made temples].
[32] Romans 2:14-15.
[33] Exodus 20:1-17, Matthew 22:36-40, Romans 5:20 and 13:8-10.
[34] Psalm 24:1, 29:10, 90:2. See also, Psalm 2:10.
[35] Psalm 2:1-4.
[36] 1 Chronicles 29:11-12. Compare Exodus 5:2 with Exodus 9:27-28. See also, Exodus 12:31-32.
[37] Jeremiah 27:4-8.
[38] Jeremiah 25:9 and Daniel 4:30-37.
[39] Psalm 58:11, 82:1-8, Ezekiel 14:12-14, Job 12:17-24.
[40] Jeremiah 12:14-17.
[41] Daniel 4:30-37, Deuteronomy 11:26-29.

are a fraud. They have no authority and are without mercy. Justice without mercy is Godless and therefore, repugnant to our United States Constitution. Lawmakers were given authority by the people to legislate codes, rules, regulations, and statutes which are policies, procedures, and "law" to control the behavior of bureaucrats, elected and appointed officials, municipalities and agencies. However, they were never given authority to control the behavior of the people as we read in the US Supreme court decision, "*All laws, rules and practices which are repugnant to the Constitution are null and void.*" **Marbury -v-Madison, 5th US (2 Cranch) 137, 174, 176, (1803)..**

Legislators simply do not have the authority to rule make. "*Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them.*" - **Miranda v. Arizona, 384 U.S. 436, 491.** God breaks down the law as follows: "*And Jesus answered him, The first of all the commandments is, Hear, O Israel; The Lord our God is one Lord: And thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind, and with all thy strength: this is the first commandment. And the second is like, namely this, Thou shalt love thy neighbour as thyself. There is none other commandment greater than these.*" - **Mark 12:29-31:** Although it is a sin, punishable only by the Judge of the Universe, to break the commandment to love in your mind, words, and deeds. It does not become a crime, punishable by man, until your words and deeds are expressed in "actions" injuring another.

**Thomas Jefferson said,** "*I would rather be exposed to the inconveniences attending too much liberty than those attending too small a degree of it.*" If one of the people exercises his free will to carry a weapon, travel, practice law, park without depositing money in a meter, use hemp, pharmaceuticals, alcohol, vitamins, minerals or any other substance for medicinal or recreational purposes, the legislators do not have the authority to impose a fine, license or make a right a crime.

## SHERIFF AND STATUTES

An important point that all judicial officers should know is that lawful statutes are written to govern elected, appointed and hired government servants. The United

States Constitution Article 1 Section 8 empowers congress with the following power to write laws:

(1) To tax and pay debts and provide for the common defense and general welfare of the United States; (2) To Borrow money; (3) To make regular commerce with foreign nations, and the states; (4) To establish a uniform rule of naturalization, and bankruptcy laws; (5) To coin money, and fix the standard of weights and measures; (6) To provide for the punishment of counterfeiting; (7) To establish post offices and post roads; (8) To promote the progress of science and useful arts; (9) To constitute district courts inferior to the Supreme Court; (10) To define and punish piracies; (11) To declare war; (12) To raise and support armies; (13) To provide and maintain a navy; (14) To make rules for land and naval forces; (15) To provide for calling forth the militia; (16) To provide for organizing, arming, and disciplining, the militia; (17) To exercise exclusive legislation in Washington DC and forts, magazines, arsenals, dockyards, and other needful buildings; (18) **To make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this Constitution.**

TAKE NOTE: Congress was not given the power to write statutes to control the behavior of "We the People", nor can they without violating our unalienable rights therefore that power to control our own behavior belongs to each one of us and we are responsible for our own actions "to do no harm", this is the Great American Experiment.

The following codes, a/k/a statutes, are examples of legislation that protect the Peoples' unalienable rights and impose fines and prison sentences upon elected and appointed servants who **abuse their powers under the color of law**. The Jury has the Power and Authority to change fines into restitution, and they should because currently the fines are simply used to enrich the state. They also have the Power and Authority to make the restitution or punishment greater or lesser. If the convicted is placed on probation or house arrest, they may and should be required to pay for said services.

**18 USC §241 - CONSPIRACY AGAINST RIGHTS:** If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment

of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or i-f two or more persons go in disguise (*police officer acting under color of law*) on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured — They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**18 USC §242 - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW:** Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

> **COLOR OF LAW:** *"The appearance or semblance, without the substance, of legal right."* - State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148] *"Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state,* is action taken under "color of state law." - Atkins v. Lanning, 415 F. Supp. 186, 188

**18 USC §645 - COURT OFFICERS GENERALLY:** Whoever, being a United States marshal, clerk, receiver, referee, trustee, or other officer of a United States

court, or any deputy, assistant, or employee of any such officer, retains or converts to his own use or to the use of another or after demand by the party entitled thereto, unlawfully retains any money coming into his hands by virtue of his official relation, position or employment, is guilty of embezzlement and shall, where the offense is not otherwise punishable by enactment of Congress, be fined under this title or not more than double the value of the money so embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both. It shall not be a defense that the accused person had any interest in such moneys or fund.

**18 USC §654 - OFFICER OR EMPLOYEE OF UNITED STATES CONVERTING PROPERTY OF ANOTHER:** Whoever, being an officer or employee of the United States or of any department or agency thereof, embezzles or wrongfully converts to his own use the money or property of another which comes into his possession or under his control in the execution of such office or employment, or under color or claim of authority as such officer or employee, shall be fined under this title or not more than the value of the money and property thus embezzled or converted, whichever is greater, or imprisoned not more than ten years, or both; but if the sum embezzled is $1,000 or less, he shall be fined under this title or imprisoned not more than one year, or both.

**18 USC §872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES:** Whoever, being an officer, or employee of the United States or any department or agency thereof, or representing himself to be or assuming to act as such, under color or pretense of office or employment commits or attempts an act of extortion, shall be fined under this title or imprisoned not more than three years, or both; but if the amount so extorted or demanded does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

**18 USC §1001 – STATEMENTS OR ENTRIES GENERALLY:** (a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact; (2) makes any materially false, fictitious, or

fraudulent statement or representation; or (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.

**18 USC §1503 - INFLUENCING OR INJURING OFFICER OR JUROR GENERALLY:** (a) Whoever corruptly, or by threats or force, or by any threatening letter or communication, endeavors to influence, intimidate, or impede any grand or petit juror, or officer in or of any court of the United States, or officer who may be serving at any examination or other proceeding before any United States magistrate judge or other committing magistrate, in the discharge of his duty, or injures any such grand or petit juror in his person or property on account of any verdict or indictment assented to by him, or on account of his being or having been such juror, or injures any such officer, magistrate judge, or other committing magistrate in his person or property on account of the performance of his official duties, or corruptly or by threats or force, or by any threatening letter or communication, influences, obstructs, or impedes, or endeavors to influence, obstruct, or impede, the due administration of justice, shall be punished as provided in subsection (b). If the offense under this section occurs in connection with a trial of a criminal case, and the act in violation of this section involves the threat of physical force or physical force, the maximum term of imprisonment which may be imposed for the offense shall be the higher of that otherwise provided by law or the maximum term that could have been imposed for any offense charged in such case.

**18 USC §1512B - ENGAGES IN MISLEADING CONDUCT:** (b) Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent the testimony of any person in an official proceeding; (2) cause or induce any person to - (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding; (B)

alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; (C) evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or (D) be absent from an official proceeding to which such person has been summoned by legal process; or (3) hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation  [1] supervised release,, [1] parole, or release pending judicial proceedings; shall be fined under this title or imprisoned not more than 20 years, or both.

**18 USC §2071 - CONCEALMENT, REMOVAL, OR MUTILATION GENERALLY:** (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

**18 USC §2076 - CLERK IS TO FILE:** Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

**26 USC §7214 - OFFENSES BY OFFICERS AND EMPLOYEES OF THE UNITED STATES:** (a) Unlawful acts of revenue officers or agents Any officer or employee of the United States acting in connection with any revenue law of the United States - (1) who is guilty of any extortion or willful oppression under color

of law; or (2) who knowingly demands other or greater sums than are authorized by law, or receives any fee, compensation, or reward, except as by law prescribed, for the performance of any duty; ... shall be dismissed from office or discharged from employment and, upon conviction thereof, shall be fined not more than $10,000, or imprisoned not more than 5 years, or both. The court may in its discretion award out of the fine so imposed an amount, not in excess of one-half thereof, for the use of the informer, if any, who shall be ascertained by the judgment of the court. The court also shall render judgment against the said officer or employee for the amount of damages sustained in favor of the party injured, to be collected by execution. ...

**42 USC §1983 - CIVIL ACTION FOR DEPRIVATION OF RIGHTS:** Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

**42 USC §1985(3) - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS:** Depriving persons of rights or privileges: If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President

or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

**42 USC §1986 - ACTION FOR NEGLECT TO PREVENT** - Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.

**OATH:** *"Any form of attestation by which a person signifies that he is bound in conscience to perform an act faithfully and truthfully."* Vaughn v. State, 146 Tex.Cr.R. 586, 177 S.W.2d 59, 60.

*"A solemn appeal to the Supreme Being in attestation of the truth of some statement."* State v. Jones, 28 Idaho 428, 154 P. 378, 381; Tyler, Oaths 15

*"An external pledge or asseveration, made in verification of statements made, or to be made, coupled with an appeal to a sacred or venerated object, in evidence of the serious and reverent state of mind of the party, or with an invocation to a supreme being to witness the words of the party, and to visit him with punishment*

*"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity.*" - **Shuttlesworth v. City of Birmingham, Alabama, 373 U.S. 262.**

## REMEDY FOR EVERY INJURY

William Blackstone - a legal maxim – Every right when with-held must have a remedy, and every injury its proper redress. In the third volume of his Commentaries, page 23, Blackstone states two cases in which a remedy is afforded by mere operation of law. "In all other cases," he says, "it is a general and indisputable rule that where there is a legal right, there is also a legal remedy by suit or action at law whenever that right is invaded." And afterwards, page 109 of the same volume, he says, "I am next to consider such injuries as are cognizable by the Courts of common law. And herein I shall for the present only remark that all possible injuries whatsoever that did not fall within the exclusive cognizance of either the ecclesiastical, military, or maritime tribunals are, for that very reason, within the cognizance of the common law courts of justice, for it is a settled and invariable principle in the laws of England that '*every right, when withheld, must have a remedy, and every injury its proper redress.*'"- **5 U.S. 137, Marbury v. Madison.** "*The Government of the United States has been emphatically termed a government of laws, and not of men. It will certainly cease to deserve this high appellation if the laws furnish no remedy for the violation of a vested legal right.*" - **Marbury v. Madison, 5 U.S. 137 (1803).**

"*…that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land.*" - **Hoke vs. Henderson,15, N.C.15,25 AM Dec 677.**

"*…the right to be let alone the most comprehensive of rights and the right most valued by civilized men. To protect that right, every unjustifiable intrusion by the government upon the privacy of the individual, whatever the means employed, must be deemed a violation of the Fourth Amendment.*" - **Olmstead v. U.S., 277 U.S. 438, 478 (1928).**

## CONGRESS CANNOT ALTER RIGHTS

*"On the other hand it is clear that Congress cannot by authorization or ratification give the slightest effect to a state law or constitution which is in conflict with the Constitution of the United States."* -- **16Am Jur 2d., Sec. 258.**

## RIGHTS DO NOT COME IN DEGREES

*"Although it is manifested that an unconstitutional provision in the statute is not cured because included in the same act with valid provisions and that there is no degree of constitutionality."* -- **16Am Jur 2d., Sec. 260.**

## STATES CANNOT LICENSE RIGHTS

*"A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution and that a flat license tax here involves restraints in advance the constitutional liberties of Press and Religion and inevitably tends to suppress their existence. That the ordinance is non-discriminatory and that is applies also to peddlers of wares and merchandise is immaterial. The liberties granted by the first amendment are and in a preferred position. Since the privilege in question is guaranteed by the Federal Constitution and exists independently of the state's authority, the inquiry as to whether the state has given something for which it cannot ask a return, is irrelevant. No state may convert any secured liberty into a privilege and issue a license and a fee for it."* - **Mudook v. Penn. 319 US 105:(1943).**

*"If the state does convert your right into a privilege and issue a license and a fee for it, you can ignore the license and a fee and engage the right with impunity."* - **Shuttlesworth v. Birmingham AI. 373 US 262:(1962)**

## INTERPRETATION IN FAVOR OF THE PEOPLE

Any constitutional provision intended to confer a benefit should be liberally construed in favor in the clearly intended and expressly designated beneficiary. *"Then a constitution should receive a literal interpretation in favor of the Citizen, is especially true, with respect to those provisions which were designed to safeguard the liberty and security of the Citizen in regard to person and property."* -- **16Am Jur 2d: Sec. 97; Bary v. United States - 273 US 128.**

## SHALL NOT INFRINGE

*"Various facts of circumstances extrinsic to the constitution are often resorted to, by the courts, to aid them and determining its meaning, as previously noted however, such extrinsic aids may not be resorted to where the provision in the question is clear and unambiguous in such a case the courts must apply the terms of the constitution as written and they are not at liberty to search for meanings beyond the instrument."* -- **16Am Jur 2d: Sec. 117.**

# THE PREAMBLE TO THE BILL OF RIGHTS

Congress of the United States begun and held at the City of New York, on Wednesday the fourth of March, one thousand seven hundred and eighty nine.

The Conventions of **a number of the States, having at the time of their adopting the Constitution, expressed a desire, in order to prevent misconstruction or abuse of its powers, that further declaratory and restrictive clauses should be added**: And as extending the ground of public confidence in the Government, will best ensure the beneficent ends of its institution.

**RESOLVED** by the Senate and House of Representatives of the United States of America, in Congress assembled, two thirds of both Houses concurring, that the following Articles be proposed to the Legislatures of the several States, as amendments to the Constitution of the United States, all, or any of which Articles, when ratified by three fourths of the said Legislatures, to be valid to all intents and purposes, as part of the said Constitution; viz.

**ARTICLES** in addition to, and Amendment of the Constitution of the United States of America, proposed by Congress, and ratified by the Legislatures of the several States, pursuant to the fifth Article of the original Constitution.

[COMMENT: Courts are to interpret the Peoples vested rights in the understanding of the common law. Unalienable rights are the ruler that limits all statutes and all court decisions, if they don't measure up they are null and void.]

## AMENDMENT I

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

[COMMENT: for government servants to designate areas called "Free speech zones" are absurd and must be disobeyed]

## AMENDMENT II

A well-regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

[COMMENT: Militia Act of 1792, passed May 8, 1792, provided for the organization of the state militias. It conscripted *every free able-bodied male citizen between the ages of 18 and 45 into a local militia company.*" New York State Constitution ARTICLE XII Section 1: *"The defense and protection of the state and of the United States is an obligation of all persons within the state.*" Therefore, it is clear that it is the right of all People to own arms and nothing is to infringe upon that, licensing a right is an infringement, running a background check before selling a firearm is not. But background checks are infringements if one must wait for the result before being able to get his firearm.]

## AMENDMENT III

No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

## AMENDMENT IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and **no Warrants shall issue**, **but upon probable cause**, **supported by Oath or affirmation**, and particularly **describing the place to be searched**, and the **persons or things to be seized**.

[COMMENT: According to Black's Law Dictionary, the word oath, in its broadest sense, includes "all forms of attestation by which a party signifies that (s)he is bound in conscience by "a solemn and formal declaration or asseveration that an affidavit is true.

No warrants, including federal warrants, are to be served without going through the Sheriff's office. Any warrant without a **sworn affidavit** and a

**judge's wet ink signature** (not a stamp) is not an executable warrant. It is the Sheriff's duty to make sure that all warrants, federal or state, served within their county passes constitutional scrutiny; IRS warrants rarely pass constitutional scrutiny. For example the IRS has a **form 4490** called **Proof of Claim for Internal Revenue Taxes**, which is an affidavit form that must be filled out and sworn to, without which the warrant with the wet ink signature is not executable.]

## AMENDMENT V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a **presentment or indictment of a Grand Jury**, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, **nor be deprived of life, liberty, or property, without due process of law**; nor shall private property be taken for public use, without just compensation.

[COMMENT: no one can be sentenced to jail without first having due process which means being indicted and tried by a jury (12 jurists) and not trial by judge or tainted jury]

## AMENDMENT VI

In **all criminal prosecutions**, the accused shall enjoy the right to a speedy and **public trial, by an impartial jury** of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be **confronted with the witnesses against him**; to have compulsory process for **obtaining witnesses in his favor**, and to have the **Assistance of Counsel** for his defence.

[COMMENT: all criminal trials MUST BE BY an untainted well informed jury, it does not say Assistance of a BAR attorney it says Counsel which can be anyone the accused feels can best advise them.]

## AMENDMENT VII

In **suits at common law**, where the value in controversy shall exceed twenty dollars, the right of **trial by jury shall be preserved**, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the **rules of the common law**.

[COMMENT: all Jury trials are Common Law Trials a/k/a Courts of Record]

## AMENDMENT VIII

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

[COMMENT: solitary confinement, dieseling and refusal of medical needs are psychologically and physically destructive and are therefore cruel and unusual punishments]

## AMENDMENT IX

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

## AMENDMENT X

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, ARE RESERVED TO THE STATES RESPECTIVELY, OR TO THE PEOPLE.

[COMMENT: we have many unalienable rights not mentioned above such as the right to travel without license, take medicinal or recreational drugs, deny courts not of record, carry firearms and etc...]

## THE CONSENT OF THE GOVERNED

*That to secure these rights, Governments are instituted among Men, deriving their just powers **from the consent of the governed**,* - Declaration of Independence

We the People consent to government by exercising the following seven (7) unalienable rights: (1) when we freely elect committeemen who choose the candidates who will be on the ballot, (2) when we cast out vote at the ballot box, (3) when we exercise our right of recall, (4) when we exercise our right as Grand Jurists to indict or not, (5) when we exercise our right as Petit (trial) Jurists to convict or not, (6) when we exercise our right of nullification, and (7) when we exercise our right of denying Courts Not of Record.

By the aforesaid rights, We the People have total control and consent of government and the exercising of our Liberties. Any infringement upon any of these unalienable rights is an act of war against the People, against the Constitution and against God.

### THE PEOPLE ARE ENTITLED TO THE LAWS OF NATURE'S GOD

*"When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation."*

*"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to affect their Safety and Happiness."* -- Declaration of Independence

## INFORMED JURORS

A Common Law Court is one that carries out the will of the tribunal, a/k/a the Jury, under the principles of the Common Law. And consists of (1) a free, untainted and fully informed Jury, (2) a Magistrate who administrates the will of the jury and not his own, (3) a Prosecutor who represents the People and not the government and (4) a Constitutional Bailiff a/k/a sheriff's Deputy[43]. Jurist and Bailiffs must be under the Peoples control and not political control.

It is the duty of Jury administrators to fully inform jurist of the following:

1) Jurists must act with a sense of Honor,
2) Jurists must act with a sense of Justice,

---

[43] 1 Bl.Comm. 344.

3) If Jurists find the defendant guilty, they must consider Mercy,
4) People have a right to see the Grand Jury without a monitor,
5) Grand Juries must consist of 25 People,
6) Petit (trial) Juries must consist of 12 People,
7) Jurists must refuse to enforce unjust laws,
8) Jurists cannot be required to ignore their consciences,
9) Jurists cannot be punished for their verdicts,
10) Jurists have the power of nullification,
11) Jurists decide both facts and law,
12) Jurists must restore and or compensate the injured party,
13) With the exception of dangerous people, jail should be the last resort. The convicted must be able to pay restitution. If the jurists are concerned with the convicted escaping their punishment, their movements can be monitored electronically,
14) There is no such thing as a hung jury, jurists must remain in deliberation until they reach a verdict,
15) If Jurists are absolutely deadlocked, they must acquit,
16) In order to convict, it must be a unanimous decision,
17) Jurists are the King's Bench and must do their best to exercise the will of the King (God) of the court.

## ONLY THE PEOPLE CAN FILE A CRIMINAL COMPLAINT

There are only four ways a court can hear a criminal complaint: (1) One or more of the people sign a sworn affidavit that they have been injured and seek a Grand Jury indictment, (2) The Sheriff or Coroner can directly ask the Grand Jury for an indictment, (3) A prosecutor, on behalf of the government or the People, can bring an accusation before the Grand Jury and the Grand Jury can either indict or do nothing, (4) The Grand Jury, by its "own will", can investigate merely on suspicion that the law is being violated, or even because it wants assurance that it is not, and if it finds wrongdoing it can present it to the court and it must go to trial. No one can second guess the Grand Jury, unless the Grand Jury's actions violate another person's unalienable rights.

**CONSENT OF AUTHORITY** - We read in the Declaration of Independence, "We hold these truths to be self-evident, that all men are created equal, that they

are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. That to secure these rights, Governments are instituted among Men, <u>deriving their just powers from the consent of the governed.</u>" Any authority our servants have is by our consent, if they act outside their authority, they are subject to criminal charges under US Codes 42 and 18 and liable for damages under US Codes and common law.

**CONSENT TO INDICT** - The Fifth Amendment states, "No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury ..." Therefore, our servant government requires the people to get an indictment (grand jury). Judges (servants) have no authority to make a ruling or a judgment on People (master) without the Peoples' consent. In legal terms, when the judge of a court not of record asks you do you understand, he means do you stand under the authority of this court? So if you say yes, you just gave him/her jurisdiction over you. Nevertheless, if the person standing before the judge is not informed of the courts intent, the judge would be subject to charges of fraud.

**ONLY THE PEOPLE CAN JUDGE** - Our US Constitution only authorizes "common law courts" a/k/a "courts of record". A court of record removes the power of the Judge to make a ruling. His/her role is that of the "administrator of the court". The final decision maker is the "tribunal" who is either the "sovereign plaintiff" or a "jury." Remember, the servant cannot rule over the master, Can the clay rule over the potter?

> "..., *every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent.*" [Cruden v. Neale]. Herein is Liberty, if "YOU" do not give the court consent, they have no "JURISDICTION" over "YOU"!

Judges may judge in equity courts. Equity courts are contract disputes. If the dispute is over twenty dollars both parties must agree to an equity court. Judges in equity courts must proceed under the rules of Common Law governed by American Jurisprudence and United States Supreme Court decisions.

## COMMON LAW IS THE LAW OF THE LAND

All cases which have cited Marbury v. Madison case, to the Supreme Court have never been overturned. **See Shephard's Citation of Marbury v. Madison.**

The constitution was ordained and established by the people "for" the United States of America a/k/a government. Thus government was created by an act of the people. Therefore, the creation cannot trump the creator.

*"If any statement, within any law, which is passed is unconstitutional, the whole law is unconstitutional."* - **Marbury v. Madison: 5 US 137 (1803).** Therefore, ... *"that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land."* - **Hoke vs. Henderson,15, N.C.15,25 AM Dec 677.**

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them" - **Miranda v. Arizona, 384 U.S. 436, 491.**

## NO EMERGENCY IS JUST CAUSE
## TO SUPPRESS THE CONSTITUTION

"*While an emergency cannot create power and no emergency justifies the violation of any of the provisions of the United States Constitution or States Constitutions. Public emergency such as economic depression for especially liberal construction of constitutional powers and it has been declared that because of national emergency, it is the policy of the courts of times of national peril, so liberally to construed the special powers vested in the chief executive as to sustain an effectuate the purpose there of, and to that end also more liberally to construed the constituted division and classification of the powers of the coordinate branches of the government and in so far as may not be clearly inconsistent with the constitution.*" -- **16Am Jur 2d., Sec. 98.**

## CONSTITUTIONS MUST BE CONSTRUED
## TO REFERENCE THE COMMON LAW,
## SUMMARY PROCEEDINGS ARE NULL & VOID

"*As to the construction, with reference to Common Law, an important cannon of construction is that constitutions must be construed to reference to the Common Law." The Common Law, so permitted destruction of the abatement of nuisances*

*by summary proceedings and it was never supposed that a constitutional provision was intended to interfere with this established principle and although there is no common law of the United States in a sense of a national customary law as distinguished from the common law of England, adopted in the several states. In interpreting the Federal Constitution, recourse may still be had to the aid of the Common Law of England. It has been said that without reference to the common law, the language of the Federal Constitution could not be understood."* -- **16Am Jur 2d., Sec. 114.**

## SUPREME LAW IS THE BASIS OF ALL LAW, ALL FICTION OF LAW IS NULL AND VOID

Nisi prius courts rely on statutes, which is fiction of law, which seeks to control the behavior of the sovereign people, who are under common law, not statutes, and who ordained and established the law. Therefore, legislators cannot legislate the behavior of the people.

*"No provision of the Constitution is designed to be without effect, Anything that is in conflict is null and void of law, Clearly, for a secondary law to come in conflict with the supreme Law was illogical, for certainly, the supreme Law would prevail over all other laws and certainly our forefathers had intended that the supreme Law would be the basis of all law and for any law to come in conflict would be null and void of law, it would bear no power to enforce, in would bear no obligation to obey, it would purport to settle as if it had never existed, for unconstitutionality would date from the enactment of such a law, not from the date so branded in an open court of law, no courts are bound to uphold it, and no Citizens are bound to obey it. It operates as a near nullity or a fiction of law."* -- **16Am Jur 2d.**

"The common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy and statutes are not the law", -- **Self v. Rhay, 61 Wn (2d) 261.**

## NO ONE IS BOUND TO OBEY AN UNCONSTITUTIONAL LAW AND NO COURTS ARE BOUND TO ENFORCE IT

*"The general rule is that a unconstitutional statute, whether Federal or State, though having the form and name of law as in reality no law, but is wholly void and ineffective for any purpose since unconstitutionality dates from the enactment*

*and not merrily from the date of the decision so braining it. An unconstitutional law in legal contemplation is as inoperative as if it never had been passed. Such a statute lives a question that is purports to settle just as it would be had the statute not ever been enacted. No repeal of an enactment is necessary, since an unconstitutional law is void. The general principles follows that it imposes no duty, converse no rights, creates no office, bestows no power of authority on anyone, affords no protection and justifies no acts performed under it. A contract which rests on an unconstitutional statute creates no obligation to be impaired by subsequent legislation. No one is bound to obey an unconstitutional law. No courts are bound to enforce it. Persons convicted and fined under a statute subsequently held unconstitutional may recover the fines paid. A void act cannot be legally inconsistent with a valid one and an unconstitutional law cannot operate to supersede an existing valid law. Indeed, in so far as a statute runs counter to the fundamental law of the land, it is superseded thereby. Since an unconstitutional statute cannot repeal, or in any way effect an existing one, if a repealing statute is unconstitutional, the statute which it attempts to repeal, remains in full force and effect and where a statute in which it attempts to repeal remains in full force and effect and where a clause repealing a prior law is inserted in the act, which act is unconstitutional and void, the provision of the repeal of the prior law will usually fall with it and will not be permitted to operate as repealing such prior law. The general principle stated above applied to the constitution as well as the laws of the several states insofar as they are repugnant to the constitution and laws of the United States." --* **16Am Jur 2d., Sec. 256.**

## DUE PROCESS

The Russian Constitution provides the following rights for their citizens, the right to work, the right to rest, the right to maintenance, the right to education, the freedom of conscience, the freedom of religion, the freedom of speech, the freedom of the press and the freedom of assembly. But, what the Russian Constitution lacks is the right of due process. Due Process is the right to be heard in courts of Justice.

> *"Due course of law, this phrase is synonymous with "due process of law" or "law of the land" and means law in its regular course of*

*administration through courts of justice.*" - Kansas Pac. Ry. Co. v. Dunmeyer 19 KAN 542.

"*No person shall---be deprived of life, liberty, or property without due process of law. A similar provision exists in all the state constitutions; the phrases "due course of law", and the "law of the land" are sometimes used; but all three of these phrases have the same meaning and that applies conformity with the ancient and customary laws of the English people or laws indicated by parliament.*" - Davidson v. New Orleans 96 U.S. 97, 24, L Ed 616

Due process is the unalienable right that protects all of our rights. If "due process" is lost, the only remedy left the People is the 2nd Amendment. It is the Sheriff's duty to make sure it doesn't come to that, but it does appear to be close.

Due Process requires an indictment before being tried. Our County Jails are filled with People who were never indicted.

Amendment V: "*No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury.*" Black's Law defines an infamous crime a crime that carries a jail sentence.

Due Process requires a trial in a Court of Record. City, town or village courts are not Courts of Record; our County Jails are filled with People who were never tried in a Court of Record.

"*Due course of law, this phrase is synonymous with "due process of law" or "law of the land" and means law in its regular course of administration through courts of justice.*" - Kansas Pac. Ry. Co. v. Dunmeyer 19 KAN 542.

The United States Supreme Court said, ~~concerning~~ "*Courts of Record and Courts Not of Record; the former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or*

{ 43 }

recorded." 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas
Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v.
U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St.
205, 117 N.E. 229, 231.

Due Process requires a trial by jury. Our County Jails are filled with People who
were never tried by a jury.

Amendment VI: *"In all criminal prosecutions, the accused shall enjoy
the right to a speedy and public trial, by an impartial jury..."*

Due Process is not a Summary Conviction, which is a summary proceeding by a
judge or magistrate. Our County Jails are filled with People who were sentenced
by Summary Conviction.

**Summary Conviction**: *"The conviction of a person, (usually for a
minor misdemeanor,) as the result of his trial before a magistrate or
court,- without the intervention of a jury, which is authorized by statute
in England and in many of the states. In these proceedings there is no
intervention of a jury, but the party accused is acquitted or condemned
by the suffrage of such person only as the statute has appointed to be
his judge. A conviction reached on such a magistrate's trial is called a
summary conviction."* - Brown; Blair v. Com., 25 Grat. (Va.) 853.

*"As to the construction, with reference to Common Law, an important
cannon of construction is that constitutions must be construed to
reference to the Common Law." The Common Law, so permitted
destruction of the abatement of nuisances by summary proceedings and
it was never supposed that a constitutional provision was intended to
interfere with this established principle and although there is no
common law of the United States in a sense of a national customary law
as distinguished from the common law of England, adopted in the
several states. In interpreting the Federal Constitution, recourse may
still be had to the aid of the Common Law of England. It has been said
that without reference to the common law, the language of the Federal
Constitution could not be understood."* -- 16Am Jur 2d., Sec. 114.

Due Process requires a lawful warrant before a person's property can be searched or property seizure; many people have been abused with unlawful warrants.

> Amendment IV: "*The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.*"

Due Process requires that tax seizures have a warrant with a wet ink signature of a judge supported by a "Sworn Proof of Claim (*Oath or affirmation*); many lives are destroyed by unlawful tax seizers.

Non Judicial Foreclosures are without due process. Many homes are taken by unlawful foreclosures.

> "*By the law of the land is more clearly intended the general law, a law which hears before it condemns; which proceeds upon inquiry and renders judgment only after trial.*" - Dartmouth College Case, 4 Wheat, U.S. 518, 4 ED 629."

> *...no man shall be deprived of his property without being heard in his own defense.* - [Kinney V. Beverly, 2 Hen. & M(VA) 381, 336].

If People are going to be incarcerated, if Peoples' homes are going to be searched, if Peoples' homes are going to be seized or if peoples' bank accounts are going to be seized, it must be done Lawfully or America is no better off than an authoritarian State.

It is the sworn duty of the Sheriff, being the chief conservator of the peace within his territorial jurisdiction and chief executive and administrative officer of the county to know when the Peoples' unalienable rights are being violated and to protect them by preventing these acts of lawlessness. Let them get a Lawful warrant if they can.

## IRRECONCILABLE CONFLICT BETWEEN STATUTE AND CONSTITUTION IS TO BE RESOLVED IN FAVOR OF THE CONSTITUTIONALITY AND THE BENEFICIARY

*"In all instances, where the court exercises its power to invalidate legislation on constitutional grounds, the conflict of the statute, with the constitution must be irreconcilable. Thus a statute is not to be declared unconstitutional unless so inconsistent with the constitution that it cannot be enforced without a violation thereof. A clear incompatibility between law and the constitution must exist before the judiciary is justified holding the law unconstitutional. This principle is of course in line with the rule that doubts as the constitutionality should be resolved in favor of the constitutionality and the beneficiary."* -- **16Am Jur 2d., Sec. 255.**

### LIBERTY IS A BLESSING

*"We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and* ***secure the blessings of liberty to ourselves and our posterity****, do ordain and establish this Constitution for the United States of America."* -- Preamble to the Constitution for the United States of America

America has lost its way and only a virtuous people can guide her back. And, so to that end, the People, by the mercy of God, must rediscovered the common [natural] law and with His blessing return America to her roots again.

**VIRTUE:** maxims of law avow that justice and virtue are synonymous; therefore justice must mirror the attributes of God. The Bible declares that virtue flows from the Lord alone **(Luke 6:19)** and defines virtue as whatsoever things are true, honest, just, pure, lovely, and of good report **(Phil 4:8).** The Lord further expounds saying the wisdom that is from above is first pure, then peaceable, gentle, and easy to be entreated, full of mercy and good fruits, without partiality, and without hypocrisy **(James 3:17)** and that he that follows after it establishes righteousness, and honor **(Prov 21:21).**

**Thomas Jefferson understood this when he said,** *"God who gave us life gave us liberty. And can the liberties of a nation be thought secure when we have removed their only firm basis, a conviction in the minds of the people that These liberties*

*are of the gift of God?  That they are not to be violated but with His wrath, indeed, I tremble for my country when I reflect that God is just that His justice cannot sleep forever.*"

**George Washington understood this when he said,** "*The favorable smiles of Heaven can never be expected on a nation that disregards The eternal rules of order and right which Heaven itself has ordained.*"

**Benjamin Franklin understood this when he said,** "*Only a virtuous people are capable of freedom. As nations become corrupt and vicious, they have more need of masters.*"

**John Adams understood this when he said,** "*Our Constitution was made only for a moral and religious people.  It is wholly inadequate to the government of any other.*"

**Patrick Henry understood this when he said,** "*It cannot be emphasized too strongly or too often that this great nation was founded, not by religionists, but by Christians; not on religions, but on the Gospel of Jesus Christ. For this very reason peoples of other faiths have been afforded asylum, prosperity, and freedom of worship here.*"

**James Madison understood this when he said,** "*We have staked the whole future of American civilization, not upon the power of government, far from it. We have staked the future of all of our political institutions upon the capacity of mankind for self-government; upon the capacity of each and all of us to govern ourselves, to control ourselves, to sustain ourselves according to the Ten Commandments of God.*"

**Noah Webster understood this when he said,** "*No truth is more evident to my mind than that the Christian religion must be the basis of any government intended to secure the rights and privileges of a free people.*" – (Father of American Scholarship and Education)

### NO GOD, NO LIBERTY
### KNOW GOD, KNOW LIBERTY

"*If the Son therefore shall make you free, ye shall be free indeed.*" – **John 8:36.**

*"If a nation expects to be ignorant and free... it expects what never was and never will be."* - **Thomas Jefferson**

*"The favorable smiles of Heaven can never be expected on a nation that disregards the eternal rules of order and right which Heaven itself has ordained."* - **George Washington**

*"God who gave us life gave us liberty. And can the liberties of a nation be thought secure when we have removed their only firm basis, a conviction in the minds of the people that these liberties are of the gift of God? That they are not to be violated but with His wrath? Indeed, I tremble for my country when I reflect that God is just that His justice cannot sleep forever."* - **Thomas Jefferson**

*"The worship of God is a duty."* - **Benjamin Franklin**

*"The fate of unborn millions will now depend, under God, on the courage of this army, our cruel and unrelenting enemy leaves us only the choice of brave resistance, or the most abject submission, We have, therefore to resolve to conquer or die."* - **George Washington**

*"I am sure that never was a people, who had more reason to acknowledge a Divine interposition in their affairs, than those of the United States; and I should be pained to believe that they have forgotten that agency, which was so often manifested during our Revolution, or That they failed to consider the omnipotence of that God who is alone able to protect them."* - **George Washington**

*"Only a virtuous people are capable of freedom. As nations become corrupt and vicious, they have more need of masters."* - **Benjamin Franklin**

*"Our Constitution was made only for a moral and religious people. It is wholly inadequate to the government of any other."* - **John Adams**

*"Statesmen, my dear Sir, may plan and speculate for liberty, but It is religion and morality alone, which can establish the principles upon which freedom can securely stand. The only foundation of a free constitution is pure virtue; and if this cannot be inspired into our people in a greater measure than they have it now, they may change their rulers and the forms of government, but they will not obtain a lasting liberty. They will only exchange tyrants and tyrannies."* - **John Adams**

*"The safety and prosperity of nations ultimately and Essentially depend on the protection and blessing of Almighty God; and the national acknowledgment of this truth is not only an indispensable duty, which the people owe to him, but a duty whose natural influence is favorable to the Promotion of that morality and piety, without which social happiness cannot exist, nor the blessings of a free government be enjoyed."* - **John Adams**

*"Observe good faith and justice towards all Nations. Cultivate peace and harmony with all. Religion and Morality enjoin this conduct; and can it be that good policy does not equally enjoin it?...Can it be that Providence has not connected the permanent felicity of a Nation with its virtue?"* - **George Washington**

*"Nothing can contribute to true happiness that is inconsistent with duty; nor can a course of action conformable to it, be finally without an ample reward.  For, God governs; and he is good."* - **Benjamin Franklin**

*"Happiness, whether in despotism or democracy, whether in slavery or liberty, can never be found without virtue."* - **John Adams**

*"It cannot be emphasized too strongly or too often that this great nation was founded, not by religionists, but by Gods children; not on religions, but on the Gospel of Jesus Christ. For this very reason peoples of other faiths have been afforded asylum, prosperity, and freedom of worship here."* - **Patrick Henry**

*"It is the duty of every man to render to the Creator such homage...Before any man can be considered as a member of Civil Society, he must be considered as a subject of the Governor of the Universe..."* - **James Madison**

*"We have staked the whole future of American civilization, not upon the power of government, far from it. We have staked the future of all of our political institutions upon the capacity of mankind for self-government; upon the capacity of each and all of us to govern ourselves, to control ourselves, to sustain ourselves According to the Ten Commandments of God"* - **James Madison**

*"Religion, or the duty we owe to our Creator, and manner of discharging it, can be directed only by reason and conviction, not by force or violence;"* - **James Madison**

*"Let it simply be asked where is the security for prosperity, for reputation, for life, if the sense of Religious obligation desert the oaths, which are The instruments of investigation in the Courts of Justice?"* - **George Washington**

*"And let us with caution indulge the supposition, that morality can be maintained without religion."* - **George Washington**

*"Whatever may be conceded to the influence of refined education on minds of peculiar structure, reason and experience both Forbid us to expect that national morality can prevail in exclusion of religious principle."* - **George Washington**

*"Tis substantially true, that Virtue or morality is a necessary spring of popular government."* - **George Washington**

*"Though, in reviewing the incidents of my Administration, I am unconscious of intentional error, I am nevertheless too sensible of my defects not to think it probable that I may have committed many errors. Whatever they may be I fervently beseech the Almighty to avert or mitigate the evils to which they may tend."* - **George Washington**

## RELIGION IN LAW AND GOVERNMENT

Congress and President George Washington in 1789 passed the "United States Annotated Code", Article III which states, *"Religion, morality, and knowledge, being necessary to good government and the happiness of mankind, schools and the means of education shall forever be encouraged."*

*"In my view, the Christian religion is the most important and one of the first things in which all children, under a free government ought to be instructed ... No truth is more evident to my mind than that the Christian religion must be the basis of any government intended to secure the rights and privileges of a free people."* - **The "Father of American Scholarship and Education." - Noah Webster**

*"The brief exposition of the constitution of the United States, will unfold to young person's the principles of republican government; and it is the sincere desire of the writer that our citizens should early understand that The genuine source of correct republican principles is the Bible, particularly the New Testament or the Christian religion."* - **Noah Webster**

*"The religion which has introduced civil liberty is the religion of Christ and His apostles, which enjoins humility, piety, and benevolence; which acknowledges in every person a brother, or a sister, and a citizen with equal rights. This is genuine Christianity, and to this we owe our free Constitutions of Government."* - **Noah Webster**

*"The moral principles and precepts contained in the Scriptures ought to form the basis of all of our civil constitutions and laws ... All the miseries and evils which men suffer from vice, crime, ambition, injustice, oppression, slavery and war, proceed from their despising or neglecting the precepts contained in the Bible."* - **Noah Webster**

*"When you become entitled to exercise the right of voting for public officers, let it be impressed on your mind that. The preservation of a republican God commands you to choose for rulers just men who will rule in the fear of God government depends on the faithful discharge of this duty."* - **Noah Webster**

*"If the citizens neglect their duty and place unprincipled men in office, the government will soon be corrupted; laws will be made not for the public good so much as for the selfish or local purposes."* - **Noah Webster**

*"Every master of slaves is born a petty tyrant. They bring the judgment of heaven upon a country. As nations cannot be rewarded or punished in the next world, they must be in this. By an inevitable chain of causes and effects, Providence punishes national sins, by national calamities."* - **George Mason, father of our Bill of Rights, 1787.**

Common Law is our Heritage! Liberty is our inheritance! We the people have been lulled asleep; we have been robbed and persuaded to sell our birth right. *"Whoso looketh into the perfect law of liberty, and continueth therein, he being not a forgetful hearer, but a doer of the work, this man shall be blessed in his deed."* **James 1:25.**

*"My people are destroyed for lack of knowledge..."* **Hosea 4:6.**

*"Wisdom is the principal thing; therefore get wisdom: and with all thy getting get understanding."* **Prov 4:7.**

# THE CONSTITUTION
# FOR THE UNITED STATES

We the people of the United States, in order to *(1)form a more perfect union,* *(2)establish justice, (3)insure domestic tranquility, (4) provide for the common defense, (5)promote the general welfare,* and *(6)secure the blessings of liberty* to ourselves and our posterity, do *ordain and establish* this Constitution for the United States of America.

> [**COMMENT**: We the People ordained the Constitution to accomplish the above six (6) things. Therefore, all acts of government are to legislate, judge, exercise and enforce only that which will serve one or more of the aforesaid six (6) things.]

**Article I.  54 LEGISLATIVE POWERS**

**Section 1. ALL LEGISLATIVE POWERS** herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

**Section 2. THE HOUSE OF REPRESENTATIVES** shall be composed of members chosen every second year by the people of the several states, and the electors in each state shall have the qualifications requisite for electors of the most numerous branch of the state legislature.

No person shall be a Representative who shall not have attained to the age of twenty five years, and been seven years a citizen of the United States, and who shall not, when elected, be an inhabitant of that state in which he shall be chosen.

Representatives and direct taxes shall be apportioned among the several states which may be included within this union, according to their respective numbers, which shall be determined by adding to the whole number of free persons, including those bound to service for a term of years, and excluding Indians not taxed, three fifths of all other Persons. The actual Enumeration shall be made within three years after the first meeting of the Congress of the United States, and within every subsequent term of ten years, in such manner as they shall by law direct. The number of Representatives shall not exceed one for every thirty thousand, but each state shall have at least one Representative; and until such

enumeration shall be made, the state of New Hampshire shall be entitled to chuse three, Massachusetts eight, Rhode Island and Providence Plantations one, Connecticut five, New York six, New Jersey four, Pennsylvania eight, Delaware one, Maryland six, Virginia ten, North Carolina five, South Carolina five, and Georgia three.

When vacancies happen in the Representation from any state, the executive authority thereof shall issue writs of election to fill such vacancies.

The House of Representatives shall choose their speaker and other officers; and shall have the sole power of impeachment.

**Section 3. THE SENATE OF THE UNITED STATES** shall be composed of two Senators from each state, chosen by the legislature thereof, for six years; and each Senator shall have one vote.

Immediately after they shall be assembled in consequence of the first election, they shall be divided as equally as may be into three classes. The seats of the Senators of the first class shall be vacated at the expiration of the second year, of the second class at the expiration of the fourth year, and the third class at the expiration of the sixth year, so that one third may be chosen every second year; and if vacancies happen by resignation, or otherwise, during the recess of the legislature of any state, the executive thereof may make temporary appointments until the next meeting of the legislature, which shall then fill such vacancies.

No person shall be a Senator who shall not have attained to the age of thirty years, and been nine years a citizen of the United States and who shall not, when elected, be an inhabitant of that state for which he shall be chosen.

The Vice President of the United States shall be President of the Senate, but shall have no vote, unless they be equally divided.

The Senate shall choose their other officers, and also a President pro tempore, in the absence of the Vice

President, or when he shall exercise the office of President of the United States.

The Senate shall have the sole power to try all impeachments. When sitting for that purpose, they shall be on oath or affirmation. When the President of the United States is tried, the Chief Justice shall preside: And no person shall be convicted without the concurrence of two thirds of the members present.

Judgment in cases of impeachment shall not extend further than to removal from office, and disqualification to hold and enjoy any office of honor, trust or profit

under the United States: but the party convicted shall nevertheless be liable and subject to indictment, trial, judgment and punishment, according to law.

**Section 4.** The times, places and manner of holding elections for Senators and Representatives, shall be prescribed in each state by the legislature thereof; but the Congress may at any time by law make or alter such regulations, except as to the places of choosing Senators.

The Congress shall assemble at least once in every year, and such meeting shall be on the first Monday in December, unless they shall by law appoint a different day.

**Section 5.** Each House shall be the judge of the elections, returns and qualifications of its own members, and a majority of each shall constitute a quorum to do business; but a smaller number may adjourn from day to day, and may be authorized to compel the attendance of absent members, in such manner, and under such penalties as each House may provide.

Each House may determine the rules of its proceedings, punish its members for disorderly behavior, and, with the concurrence of two thirds, expel a member.

Each House shall keep a journal of its proceedings, and from time to time publish the same, excepting such parts as may in their judgment require secrecy; and the yeas and nays of the members of either House on any question shall, at the desire of one fifth of those present, be entered on the journal.

Neither House, during the session of Congress, shall, without the consent of the other, adjourn for more than three days, nor to any other place than that in which the two Houses shall be sitting.

**Section 6.** The Senators and Representatives shall receive a compensation for their services, to be ascertained by law, and paid out of the treasury of the United States. They shall in all cases, except treason, felony and breach of the peace, be privileged from arrest during their attendance at the session of their respective Houses, and in going to and returning from the same; and for any speech or debate in either House, they shall not be questioned in any other place.

No Senator or Representative shall, during the time for which he was elected, be appointed to any civil office under the authority of the United States, which shall have been created, or the emoluments whereof shall have been increased during such time: and no person holding any office under the United States, shall be a member of either House during his continuance in office.

**Section 7.** All bills for raising revenue shall originate in the House of Representatives; but the Senate may propose or concur with amendments as on other Bills.

Every bill which shall have passed the House of Representatives and the Senate, shall, before it become a law, be presented to the President of the United States; if he approve he shall sign it, but if not he shall return it, with his objections to that House in which it shall have originated, who shall enter the objections at large on their journal, and proceed to reconsider it. If after such reconsideration two thirds of that House shall agree to pass the bill, it shall be sent, together with the objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a law. But in all such cases the votes of both Houses shall be determined by yeas and nays, and the names of the persons voting for and against the bill shall be entered on the journal of each House respectively. If any bill shall not be returned by the President within ten days (Sundays excepted) after it shall have been presented to him, the same shall be a law, in like manner as if he had signed it, unless the Congress by their adjournment prevent its return, in which case it shall not be a law.

Every order, resolution, or vote to which the concurrence of the Senate and House of Representatives may be necessary (except on a question of adjournment) shall be presented to the President of the United States; and before the same shall take effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate and House of Representatives, according to the rules and limitations prescribed in the case of a bill.

**Section 8.** (clause1) The Congress shall have **power to lay and collect taxes, duties, imposts and excises**, to pay the debts and provide for the common defense and general welfare of the United States; but all duties, imposts and excises shall be uniform throughout the United States;

(clause 2) To **borrow money** on the credit of the United States;

(clause 3) To **regulate commerce** with foreign nations, and among the several states, and with the Indian tribes;

(clause 4) To **establish a uniform rule of naturalization**, and uniform **laws on the subject of bankruptcies** throughout the United States;

(clause 5) To **coin money**, regulate the value thereof, and of foreign coin, and fix the standard of weights and measures;

(clause 6) To **provide for the punishment of counterfeiting** the **securities** and current coin of the United States;

(clause 7) To **establish post offices** and **post roads**;

(clause 8) To **promote** the progress of **science** and **useful arts**, by securing for limited times to **authors and inventors** the exclusive right to their respective **writings and discoveries**;

(clause 9) To **constitute tribunals** inferior to the Supreme Court;

(clause 10) To **define and punish piracies and felonies committed on the high seas**, and offenses against the law of nations;

(clause 11) To **declare war**, grant **letters of marque and reprisal**, and make rules concerning captures on land and water;

(clause 12) To **raise and support armies**, but no appropriation of money to that use shall be for a longer term than two years;

(clause 13) To **provide and maintain a navy**;

(clause 14) To make **rules for the government** and **regulation of the land and naval forces**;

(clause 15) To **provide for calling forth the militia** to execute the laws of the union, suppress insurrections and repel invasions;

(clause 16) To **provide for organizing, arming, and disciplining, the militia**, and for governing such part of them as may be employed in the service of the United States, reserving to the states respectively, the appointment of the officers, and the authority of training the militia according to the discipline prescribed by Congress;

(clause 17) To **exercise exclusive legislation in all cases whatsoever, over such District** (not exceeding ten miles square) as may, by cession of particular states, and the acceptance of Congress, become the seat of the government of the United States, and to **exercise like authority over all places purchased by the consent of the legislature** of the state in which the same shall be, for **the erection of forts, magazines, arsenals, dockyards, and other needful buildings**;--And

(clause 18) To **make all laws which shall be necessary and proper for carrying into execution the foregoing powers**, and all other powers vested by this Constitution in the government of the United States, or in any department or officer thereof.

[**COMMENT**: The aforesaid 18 clauses in Article 1 Section 9 is the extent of Congresses Power to Legislate. Congress has no further legislative power outside these 18 clauses and is also restricted by the Bill of Rights and Article 1 Section 9. Congress has no power to legislate our behavior or license our rights.]

**Section 9.** (clause 1) The migration or importation of such persons as any of the states now existing shall think proper to admit, shall not be prohibited by the Congress prior to the year one thousand eight hundred and eight, but a tax or duty may be imposed on such importation, not exceeding ten dollars for each person.

(clause 2) The privilege of the **writ of habeas corpus shall not be suspended**, unless when in cases of rebellion or invasion the public safety may require it.

(clause 3) **No bill of attainder or ex post facto Law shall be passed**.

(clause 4) **No** capitation, or other **direct, tax shall be laid**, unless in proportion to the census or enumeration herein before directed to be taken.

[**COMMENT**: clause 4 forbids income tax. "*Tax on income derived from property was the equivalent of a direct tax on the income-producing property itself and must be apportioned in accordance with provisions of Article I of the Constitution.*" - Home Mutual Insurance Co v. Commissioner of Internal Revenue, 639 F2d 333. "*Congress cannot by any definition (of income in this case) it may adopt, conclude the matter, since it cannot by legislation alter the Constitution, from which alone it derives its power to legislate, and within whose limitations alone that power can be lawfully expressed.*" - Eisner v. Macomber, 252 U.S. 189. "*The 16th Amendment does not justify the taxation of persons or things previously immune. It was intended only to remove all occasions for any apportionment of income taxes among the states. It does not authorize a tax on a salary*" - Evans V. Gore, 253 U.S. 245. "*In numerous cases where the IRS has sought enforcement of its summons pursuant to statute, courts have held that a taxpayer may refuse production of personal books and records by assertion of his privilege against self-incrimination.*" - Hill v. Philpott, 445 F2d 144, 146. "*To penalize the failure to give a statement which is self-incriminatory, is beyond the power of Congress*" - United States v. Lombardo, 228 F. 980,981. "*Income means gains/profit from property severed from capitol, however invested or employed. Income is not a wage or compensation for any type of labor*" - Stapler v. United States, 21 F.Supp 737 at 739.]

(clause 5) No tax or duty shall be laid on articles exported from any state.

(clause 6) No preference shall be given by any regulation of commerce or revenue to the ports of one state over those of another: nor shall vessels bound to, or from, one state, be obliged to enter, clear or pay duties in another.

(clause 7) No money shall be drawn from the treasury, but in consequence of appropriations made by law; and a regular statement and account of receipts and expenditures of all public money shall be published from time to time.

(clause 8) **No title of nobility shall be granted** by the United States: and no person holding any office of profit or trust under them, shall, without the consent of the Congress, accept of any present, emolument, office, or title, of any kind whatever, from any king, prince, or foreign state.

**Section 10.** No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility.

No state shall, without the consent of the Congress, lay any imposts or duties on imports or exports, except what may be absolutely necessary for executing its inspection laws: and the net produce of all duties and imposts, laid by any state on imports or exports, shall be for the use of the treasury of the United States; and all such laws shall be subject to the revision and control of the Congress.

No state shall, without the consent of Congress, lay any duty of tonnage, keep troops, or ships of war in time of peace, enter into any agreement or compact with another state, or with a foreign power, or engage in war, unless actually invaded, or in such imminent danger as will not admit of delay.

## Article II. EXECUTIVE POWER

**Section 1. THE EXECUTIVE POWER** shall be vested in a President of the United States of America. He shall hold his office during the term of four years, and, together with the Vice President, chosen for the same term, be elected, as follows:

Each state shall appoint, in such manner as the Legislature thereof may direct, a number of electors, equal to the whole number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or person holding an office of trust or profit under the United States, shall be appointed an elector.

The electors shall meet in their respective states, and vote by ballot for two persons, of whom one at least shall not be an inhabitant of the same state with themselves. And they shall make a list of all the persons voted for, and of the number of votes for each; which list they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate. The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates, and the votes shall then be counted. The person having the greatest number of votes shall be the President, if such number be a majority of the whole number of electors appointed; and if there be more than one who have such majority, and have an equal number of votes, then the House of Representatives shall immediately choose by ballot one of them for President; and if no person have a majority, then from the five highest on the list the said House shall in like manner choose the President. But in choosing the President, the votes shall be taken by States, the representation from each state having one vote; A quorum for this purpose shall consist of a member or members from two thirds of the states, and a majority of all the states shall be necessary to a choice. In every case, after the choice of the President, the person having the greatest number of votes of the electors shall be the Vice President. But if there should remain two or more who have equal votes, the Senate shall choose from them by ballot the Vice President.

The Congress may determine the time of choosing the electors, and the day on which they shall give their votes; which day shall be the same throughout the United States.

**No person except a natural born citizen, or a citizen of the United States, at the time of the adoption of this Constitution, shall be eligible to the office of President**; neither shall any person be eligible to that office who shall not have attained to the age of thirty five years, and been fourteen Years a resident within the United States.

> [**COMMENT**: Natural born is anyone born to parents that are both US citizens at the time of birth, if one parent is not a citizen the child is not "Natural Born". The reason for this is that the child will grow up in a household with a divided allegiance.]

In case of the removal of the President from office, or of his death, resignation, or inability to discharge the powers and duties of the said office, the same shall devolve on the Vice President, and the Congress may by law provide for the case of removal, death, resignation or inability, both of the President and Vice

President, declaring what officer shall then act as President, and such officer shall act accordingly, until the disability be removed, or a President shall be elected.

The President shall, at stated times, receive for his services, a compensation, which shall neither be increased nor diminished during the period for which he shall have been elected, and he shall not receive within that period any other emolument from the United States, or any of them.

Before he enter on the execution of his office, he shall take the following oath or affirmation:--"I do solemnly swear (or affirm) that I will faithfully execute the office of President of the United States, and will to the best of my ability, preserve, protect and defend the Constitution of the United States."

**Section 2.** The President shall be commander in chief of the Army and Navy of the United States, and of the militia of the several states, when called into the actual service of the United States; he may require the opinion, in writing, of the principal officer in each of the executive departments, upon any subject relating to the duties of their respective offices, and he shall have power to grant reprieves and pardons for offenses against the United States, except in cases of impeachment.

He shall have power, by and with the advice and consent of the Senate, to make treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the advice and consent of the Senate, shall appoint ambassadors, other public ministers and consuls, judges of the Supreme Court, and all other officers of the United States, whose appointments are not herein otherwise provided for, and which shall be established by law: but the Congress may by law vest the appointment of such inferior officers, as they think proper, in the President alone, in the courts of law, or in the heads of departments.

The President shall have power to fill up all vacancies that may happen during the recess of the Senate, by granting commissions which shall expire at the end of their next session.

**Section 3.** He shall from time to time give to the Congress information of the state of the union, and recommend to their consideration such measures as he shall judge necessary and expedient; he may, on extraordinary occasions, convene both Houses, or either of them, and in case of disagreement between them, with respect to the time of adjournment, he may adjourn them to such time as he shall think proper; he shall receive ambassadors and other public ministers; he shall take care that the laws be faithfully executed, and shall commission all the officers of the United States.

**Section 4.** The President, Vice President and all civil officers of the United States, shall be removed from office on impeachment for, and conviction of, treason, bribery, or other high crimes and misdemeanors.

**Article III. JUDICIAL POWER**

**Section 1. THE JUDICIAL POWER OF THE UNITED STATES,** shall be **vested in one Supreme Court,** and in such **inferior courts as the Congress may from time to time ordain and establish.** The judges, both of the supreme and inferior courts, shall **hold their offices during good behaviour,** and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.

> [**COMMENT**: The inferior courts are Federal District Courts which are subservient to the One Supreme Court. District Court decisions cannot be used as precedents because they do not have the authority to interpret the Law, they must rule within American Jurisprudence and the rulings of the United States Supreme Court. Judges in bad behavior can be removed from office by Congress through impeachment or by the People through indictment.]

**Section 2.** The judicial power shall extend to **all cases, in law and equity,** arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.

> [**COMMENT**: Cases in Law are Jury trials. All criminal (infamous) trials must be Jury trials of which there are no appeals except in the course of the common law. Equity cases are trust cases decided by a judge and have an appellate process.]

In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed.

**Section 3.** Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.

The Congress shall have power to declare the punishment of treason, but no attainder of treason shall work corruption of blood, or forfeiture except during the life of the person attainted.

**Article IV**

**Section 1.** <u>**Full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state**</u>. And the Congress may by general laws prescribe the manner in which such acts, records, and proceedings shall be proved, and the effect thereof.

> [<u>**COMMENT**</u>: That foreign statutes are to have force and effect to which they are entitled in home state. Flahive v. Missouri, K. & T. R. Co., 131 Misc. 586, 227 N.Y.S. 587, 588.]

**Section 2.** The <u>**citizens of each state shall be entitled to all privileges and immunities of citizens in the several states**</u>.

A person charged in any state with treason, felony, or other crime, who shall flee from justice, and be found in another state, shall on demand of the executive authority of the state from which he fled, be delivered up, to be removed to the state having jurisdiction of the crime.

No person held to service or labor in one state, under the laws thereof, escaping into another, shall, in consequence of any law or regulation therein, be discharged from such service or labor, but shall be delivered up on claim of the party to whom such service or labor may be due.

**Section 3.** New states may be admitted by the Congress into this union; but no new states shall be formed or erected within the jurisdiction of any other state; nor any state be formed by the junction of two or more states, or parts of states, without the consent of the legislatures of the states concerned as well as of the Congress.

The Congress shall have power to dispose of and make all needful rules and regulations respecting the territory or other property belonging to the United States; and nothing in this Constitution shall be so construed as to prejudice any claims of the United States, or of any particular state.

**Section 4. <u>The United States shall guarantee to every state in this union a republican form of government</u>**, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

> [**COMMENT**: A Republican Government is one in which the powers of sovereignty are vested in the people and are exercised by the people through a constitution and their consent through committees of safety and juries. The everyday affairs are carried out by elected representatives, bound by the chains of the Constitution, to whom those powers are specially delegated.]

**Article V**

The Congress, whenever two thirds of both houses shall deem it necessary, shall propose amendments to this Constitution, or, on the application of the legislatures of two thirds of the several states, shall call a convention for proposing amendments, which, in either case, shall be valid to all intents and purposes, as part of this Constitution, when ratified by the legislatures of three fourths of the several states, or by conventions in three fourths thereof, as the one or the other mode of ratification may be proposed by the Congress; provided that no amendment which may be made prior to the year one thousand eight hundred and eight shall in any manner affect the first and fourth clauses in the ninth section of the first article; and that **<u>no state, without its consent, shall be deprived of its equal suffrage in the Senate</u>**.

> [**COMMENT**: The word suffrage means the casting of a vote. Prior to the 17th Amendment the Constitution provided for Senators to be chosen by State Legislators thereby giving power to the States while the People elected Congressman to represent them. Not only was the 17th Amendment "NOT" ratified, it removed the sovereignty of the States and thereby upset the checks and balances of power. Having two houses, one controlled by the Sovereign People and the other controlled by the Vested Sovereign State, allowed for the People to trump the State and the State to trump the People. Many unconstitutional acts by Congress, Administration and the Judiciary would have been prevented if the States were not clipped of their sovereignty by the UNCONSTITUTIONAL 17th Amendment.]

## Article VI

All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

**This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land**; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

> [**COMMENT:** Supremacy Clause - Thus, the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." - Marbury v. Madison 5 U.S. 137 (1803).]

The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

## Article VII

The ratification of the conventions of nine states, shall be sufficient for the establishment of this Constitution between the states so ratifying the same.

Done in convention by the unanimous consent of the states present the seventeenth day of September in the year of our Lord one thousand seven hundred and eighty seven and of the independence of the United States of America the twelfth. In witness whereof:

**We have hereunto subscribed our Names,** G. Washington President and deputy from Virginia; <u>New Hampshire</u>: John Langdon, Nicholas Gilman; <u>Massachusetts</u>: Nathaniel Gorham, Rufus King; <u>Connecticut</u>: Wm: Saml. Johnson, Roger Sherman; <u>New York</u>: Alexander Hamilton; <u>New Jersey</u>: Wil: Livingston, David Brearly, Wm. Paterson, Jona: Dayton; <u>Pennsylvania</u>: B. Franklin, Thomas Mifflin, Robt. Morris, Geo. Clymer, Thos. FitzSimons, Jared; Ingersoll, James Wilson, Gouv Morris; <u>Delaware</u>: Geo: Read, Gunning Bedford jun, John Dickinson, Richard Bassett, Jaco: Broom; <u>Maryland</u>: James McHenry, Dan of St Thos. Jenifer, Danl Carroll; <u>Virginia</u>: John Blair--, James Madison Jr.; <u>North Carolina</u>: Wm.

Blount, Richd. Dobbs Spaight, Hu Williamson; <u>South Carolina</u>: J. Rutledge, Charles Cotesworth Pinckney, Charles Pinckney, Pierce Butler; <u>Georgia</u>: William Few, Abr Baldwin Tyranny

## AMENDMENTS XI - XXVII

### AMENDMENT XI

Passed by Congress March 4, 1794. Ratified February 7, 1795. Note: Article III, section 2, of the Constitution was modified by amendment 11. The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

### AMENDMENT XII

Passed by Congress December 9, 1803. Ratified June 15, 1804. Note: A portion of Article II, section 1 of the Constitution was superseded by the 12th amendment. The Electors shall meet in their respective states and vote by ballot for President and Vice-President, one of whom, at least, shall not be an inhabitant of the same state with themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice-President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate; -- the President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted; -- The person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of Electors appointed; and if no person have such majority, then from the persons having the highest numbers not exceeding three on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by states, the representation from each state having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the states, and a majority of all the states shall be necessary to a choice. [And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth day of March next following, then the Vice-President shall act as President, as in case of the death or other constitutional disability of the President. --]* The person having the greatest number of votes as Vice-President, shall be the Vice-President, if such number be a majority of the

whole number of Electors appointed, and if no person have a majority, then from the two highest numbers on the list, the Senate shall choose the Vice-President; a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice. But no person constitutionally ineligible to the office of President shall be eligible to that of Vice-President of the United States. *Superseded by section 3 of the 20th amendment.

## AMENDMENT XIII

Passed by Congress January 31, 1865. Ratified December 6, 1865. Note: A portion of Article IV, section 2, of the Constitution was superseded by the 13th amendment. Section 1. Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction. Section 2. Congress shall have power to enforce this article by appropriate legislation.

## AMENDMENT XIV

Passed by Congress June 13, 1866. Ratified July 9, 1868. Note: Article I, section 2, of the Constitution was modified by section 2 of the 14th amendment. Section 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. Section 2. Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice-President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age,* and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State. Section 3. No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as

an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability. Section 4. The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void. Section 5. The Congress shall have the power to enforce, by appropriate legislation, the provisions of this article. *Changed by section 1 of the 26th amendment.

## AMENDMENT XV

Passed by Congress February 26, 1869. Ratified February 3, 1870. Section 1. The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, color, or previous condition of servitude--Section 2. The Congress shall have the power to enforce this article by appropriate legislation.

## AMENDMENT XVI

Passed by Congress July 2, 1909. Ratified February 3, 1913. Note: Article I, section 9, of the Constitution was modified by amendment 16. The Congress shall have power to lay and collect taxes on incomes, from whatever source derived, without apportionment among the several States, and without regard to any census or enumeration.

[**COMMENT**: Article I Section 8 Clause 5 forbids income tax. "*Tax on income derived from property was the equivalent of a direct tax on the income-producing property itself and must be apportioned in accordance with provisions of Article I of the Constitution.*" - Home Mutual Insurance Co v. Commissioner of Internal Revenue, 639 F2d 333. "*Congress cannot by any definition (of income in this case) it may adopt, conclude the matter, since it cannot by legislation alter the Constitution, from which alone it derives its power to legislate, and within whose limitations alone that power can be lawfully expressed.*" - Eisner v. Macomber, 252 U.S. 189. "*The 16th Amendment does not justify the taxation of persons or things previously immune. It was intended only to remove all occasions for any apportionment of income taxes among the states. It does not authorize a tax on a salary.*" - Evans V. Gore, 253 U.S. 245. "*In numerous cases where the IRS has sought*

*enforcement of its summons pursuant to statute, courts have held that a taxpayer may refuse production of personal books and records by assertion of his privilege against self-incrimination.*" - Hill v. Philpott, 445 F2d 144, 146. "*To penalize the failure to give a statement which is self-incriminatory, is beyond the power of Congress.*" - United States v. Lombardo, 228 F. 980,981. "*Income means gains/profit from property severed from capitol, however invested or employed. Income is not a wage or compensation fro any type of labor.*" - Stapler v. United States, 21 F.Supp 737 at 739.]

## AMENDMENT XVII

Passed by Congress May 13, 1912. Ratified April 8, 1913. Note: Article I, section 3, of the Constitution was modified by the 17th amendment. The Senate of the United States shall be composed of two Senators from each State, elected by the people thereof, for six years; and each Senator shall have one vote. The electors in each State shall have the qualifications requisite for electors of the most numerous branch of the State legislatures. When vacancies happen in the representation of any State in the Senate, the executive authority of such State shall issue writs of election to fill such vacancies: Provided, That the legislature of any State may empower the executive thereof to make temporary appointments until the people fill the vacancies by election as the legislature may direct. This amendment shall not be so construed as to affect the election or term of any Senator chosen before it becomes valid as part of the Constitution.

[**COMMENT**: This Amendment was unconstitutional being in contradiction to Article IV of the Constitution. Prior to the 17th Amendment the Constitution provided for Senators to be chosen by State Legislators thereby giving power to the States while the People elected Congressman to represent them. Not only was the 17th Amendment "NOT" ratified it removed the sovereignty of the States and thereby upset the checks and balances of power. Having two houses one controlled by the Sovereign People and the other controlled by the Vested Sovereign State allowed for the People to trump the State and the State to trump the People. Many unconstitutional acts by Congress, Administration and the Judiciary would have been prevented if the States were not clipped of their sovereignty by the UNCONSTITUTIONAL 17th Amendment.]

## AMENDMENT XVIII

Passed by Congress December 18, 1917; ratified January 16, 1919. repealed by amendment 21. Section 1. After one year from the ratification of this article the manufacture, sale, or transportation of intoxicating liquors within, the importation

thereof into, or the exportation thereof from the United States and all territory subject to the jurisdiction thereof for beverage purposes is hereby prohibited. Section 2 The Congress and the several States shall have concurrent power to enforce this article by appropriate legislation. Section 3 This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.

> [**COMMENT**: This Amendment was unconstitutional because it restricted the behavior of the People. The People are sovereign and are therefore responsible for their own behavior and answer to God and not hired government servants. The Constitution simply does not authorize government to codify the Peoples' behavior, nor can it ever because it would violate the Peoples' unalienable rights.]

## AMENDMENT XIX

Passed by Congress June 4, 1919. Ratified August 18, 1920. The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of sex. Congress shall have power to enforce this article by appropriate legislation.

## AMENDMENT XX

Passed by Congress March 2, 1932. Ratified January 23, 1933. Note: Article I, section 4, of the Constitution was modified by section 2 of this amendment. In addition, a portion of the 12th amendment was superseded by section 3. Section 1. The terms of the President and the Vice President shall end at noon on the 20th day of January, and the terms of Senators and Representatives at noon on the 3d day of January, of the years in which such terms would have ended if this article had not been ratified; and the terms of their successors shall then begin. Section 2. The Congress shall assemble at least once in every year, and such meeting shall begin at noon on the 3d day of January, unless they shall by law appoint a different day. Section 3. If, at the time fixed for the beginning of the term of the President, the President elect shall have died, the Vice President elect shall become President. If a President shall not have been chosen before the time fixed for the beginning of his term, or if the President elect shall have failed to qualify, then the Vice President elect shall act as President until a President shall have qualified; and the Congress may by law provide for the case wherein neither a President elect nor a Vice President shall have qualified, declaring who shall then act as President, or the

manner in which one who is to act shall be selected, and such person shall act accordingly until a President or Vice President shall have qualified. Section 4. The Congress may by law provide for the case of the death of any of the persons from whom the House of Representatives may choose a President whenever the right of choice shall have devolved upon them, and for the case of the death of any of the persons from whom the Senate may choose a Vice President whenever the right of choice shall have devolved upon them. Section 5. Sections 1 and 2 shall take effect on the 15th day of October following the ratification of this article. Section 6. This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of three-fourths of the several States within seven years from the date of its submission.

## AMENDMENT XXI

Passed by Congress February 20, 1933. Ratified December 5, 1933. Section 1. The eighteenth article of amendment to the Constitution of the United States is hereby repealed. Section 2. The transportation or importation into any State, Territory, or Possession of the United States for delivery or use therein of intoxicating liquors, in violation of the laws thereof, is hereby prohibited. Section 3. This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by conventions in the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.

## AMENDMENT XXII

Passed by Congress March 21, 1947. Ratified February 27, 1951. Section 1. No person shall be elected to the office of the President more than twice, and no person who has held the office of President, or acted as President, for more than two years of a term to which some other person was elected President shall be elected to the office of President more than once. But this Article shall not apply to any person holding the office of President when this Article was proposed by Congress, and shall not prevent any person who may be holding the office of President, or acting as President, during the term within which this Article becomes operative from holding the office of President or acting as President during the remainder of such term. Section 2. This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of three-fourths of the several States within seven years from the date of its submission to the States by the Congress.

## AMENDMENT XXIII

Passed by Congress June 16, 1960. Ratified March 29, 1961. Section 1. The District constituting the seat of Government of the United States shall appoint in such manner as Congress may direct: A number of electors of President and Vice President equal to the whole number of Senators and Representatives in Congress to which the District would be entitled if it were a State, but in no event more than the least populous State; they shall be in addition to those appointed by the States, but they shall be considered, for the purposes of the election of President and Vice President, to be electors appointed by a State; and they shall meet in the District and perform such duties as provided by the twelfth article of amendment. Section 2. The Congress shall have power to enforce this article by appropriate legislation.

## AMENDMENT XXIV

Passed by Congress August 27, 1962. Ratified January 23, 1964. Section 1. The right of citizens of the United States to vote in any primary or other election for President or Vice President, for electors for President or Vice President, or for Senator or Representative in Congress, shall not be denied or abridged by the United States or any State by reason of failure to pay poll tax or other tax. Section 2. The Congress shall have power to enforce this article by appropriate legislation.

## AMENDMENT XXV

Passed by Congress July 6, 1965. Ratified February 10, 1967. Note: Article II, section 1, of the Constitution was affected by the 25th amendment. Section 1. In case of the removal of the President from office or of his death or resignation, the Vice President shall become President. Section 2. Whenever there is a vacancy in the office of the Vice President, the President shall nominate a Vice President who shall take office upon confirmation by a majority vote of both Houses of Congress. Section 3. Whenever the President transmits to the President pro tempore of the Senate and the Speaker of the House of Representatives his written declaration that he is unable to discharge the powers and duties of his office, and until he transmits to them a written declaration to the contrary, such powers and duties shall be discharged by the Vice President as Acting President. Section 4. Whenever the Vice President and a majority of either the principal officers of the executive departments or of such other body as Congress may by law provide, transmit to the President pro tempore of the Senate and the Speaker of the House of Representatives their written declaration that the President is unable to discharge the powers and duties of his office, the Vice President shall immediately assume the powers and duties of the office as Acting President. Thereafter, when the President transmits to the President pro tempore of the Senate and the Speaker of the House of Representatives his written declaration that no inability exists, he

shall resume the powers and duties of his office unless the Vice President and a majority of either the principal officers of the executive department or of such other body as Congress may by law provide, transmit within four days to the President pro tempore of the Senate and the Speaker of the House of Representatives their written declaration that the President is unable to discharge the powers and duties of his office. Thereupon Congress shall decide the issue, assembling within forty-eight hours for that purpose if not in session. If the Congress, within twenty-one days after receipt of the latter written declaration, or, if Congress is not in session, within twenty-one days after Congress is required to assemble, determines by two-thirds vote of both Houses that the President is unable to discharge the powers and duties of his office, the Vice President shall continue to discharge the same as Acting President; otherwise, the President shall resume the powers and duties of his office.

## AMENDMENT XXVI

Passed by Congress March 23, 1971. Ratified July 1, 1971. Note: Amendment 14, section 2, of the Constitution was modified by section 1 of the 26th amendment. Section 1. The right of citizens of the United States, who are eighteen years of age or older, to vote shall not be denied or abridged by the United States or by any State on account of age. Section 2. The Congress shall have power to enforce this article by appropriate legislation.

## AMENDMENT XXVII

Originally proposed Sept. 25, 1789. Ratified May 7, 1992. No law, varying the compensation for the services of the Senators and Representatives, shall take effect, until an election of representatives shall have intervened.

# THE DECLARATION OF INDEPENDENCE

**IN CONGRESS, July 4, 1776.**

The unanimous Declaration of the thirteen united States of America,

When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to **which the Laws of Nature and of Nature's God entitle them**, a decent respect to the

opinions of mankind requires that they should declare the causes which impel them to the separation.

**We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.**--That **to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed,** --That whenever any Form of Government becomes destructive of these ends, it is the **Right of the People to alter or to abolish it,** and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But **when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security.**--Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their former Systems of Government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world.

He has refused his Assent to Laws, the most wholesome and necessary for the public good.

He has forbidden his Governors to pass Laws of immediate and pressing importance, unless suspended in their operation till his Assent should be obtained; and when so suspended, he has utterly neglected to attend to them.

He has refused to pass other Laws for the accommodation of large districts of people, unless those people would relinquish the right of Representation in the Legislature, a right inestimable to them and formidable to tyrants only.

He has called together legislative bodies at places unusual, uncomfortable, and distant from the depository of their public Records, for the sole purpose of fatiguing them into compliance with his measures.

He has dissolved Representative Houses repeatedly, for opposing with manly firmness his invasions on the rights of the people.

He has refused for a long time, after such dissolutions, to cause others to be elected; whereby the Legislative powers, incapable of Annihilation, have returned to the People at large for their exercise; the State remaining in the mean time exposed to all the dangers of invasion from without, and convulsions within.

He has endeavoured to prevent the population of these States; for that purpose obstructing the Laws for Naturalization of Foreigners; refusing to pass others to encourage their migrations hither, and raising the conditions of new Appropriations of Lands.

He has obstructed the Administration of Justice, by refusing his Assent to Laws for establishing Judiciary powers.

He has made Judges dependent on his Will alone, for the tenure of their offices, and the amount and payment of their salaries.

He has erected a multitude of New Offices, and sent hither swarms of Officers to harass our people, and eat out their substance.

He has kept among us, in times of peace, Standing Armies without the Consent of our legislatures.

He has affected to render the Military independent of and superior to the Civil power.

He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation:

For Quartering large bodies of armed troops among us:

For protecting them, by a mock Trial, from punishment for any Murders which they should commit on the Inhabitants of these States:

For cutting off our Trade with all parts of the world:

For imposing Taxes on us without our Consent:

For depriving us in many cases, of the benefits of Trial by Jury:

For transporting us beyond Seas to be tried for pretended offences

For abolishing the free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to

render it at once an example and fit instrument for introducing the same absolute rule into these Colonies:

For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments:

For suspending our own Legislatures, and declaring themselves invested with power to legislate for us in all cases whatsoever.

He has abdicated Government here, by declaring us out of his Protection and waging War against us.

He has plundered our seas, ravaged our Coasts, burnt our towns, and destroyed the lives of our people.

He is at this time transporting large Armies of foreign Mercenaries to complete the works of death, desolation and tyranny, already begun with circumstances of Cruelty & perfidy scarcely paralleled in the most barbarous ages, and totally unworthy the Head of a civilized nation.

He has constrained our fellow Citizens taken Captive on the high Seas to bear Arms against their Country, to become the executioners of their friends and Brethren, or to fall themselves by their Hands.

He has excited domestic insurrections amongst us, and has endeavored to bring on the inhabitants of our frontiers, the merciless Indian Savages, whose known rule of warfare, is an undistinguished destruction of all ages, sexes and conditions.

In every stage of these Oppressions We have Petitioned for Redress in the most humble terms: Our repeated Petitions have been answered only by repeated injury. A Prince whose character is thus marked by every act which may define a Tyrant, is unfit to be the ruler of a free people.

Nor have We been wanting in attentions to our Brittish brethren. We have warned them from time to time of attempts by their legislature to extend an unwarrantable jurisdiction over us. We have reminded them of the circumstances of our emigration and settlement here. We have appealed to their native justice and magnanimity, and we have conjured them by the ties of our common kindred to disavow these usurpations, which, would inevitably interrupt our connections and correspondence. They too have been deaf to the voice of justice and of consanguinity. We must, therefore, acquiesce in the necessity, which denounces our Separation, and hold them, as we hold the rest of mankind, Enemies in War, in Peace Friends.

We, therefore, the Representatives of the united States of America, in General Congress, Assembled, appealing to the Supreme Judge of the world for the rectitude of our intentions, do, in the Name, and by Authority of the good People of these Colonies, solemnly publish and declare, That these United Colonies are, and of Right ought to be Free and Independent States; that they are Absolved from all Allegiance to the British Crown, and that all political connection between them and the State of Great Britain, is and ought to be totally dissolved; and that as Free and Independent States, they have full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do all other Acts and Things which Independent States may of right do. And for the support of this Declaration, with a firm reliance on the protection of divine Providence, we mutually pledge to each other our Lives, our Fortunes and our sacred Honor.

**The 56 signatures on the Declaration:** <u>Georgia</u>: Button Gwinnett, Lyman Hall, George Walton; <u>North Carolina</u>: William Hooper, Joseph Hewes, John Penn; <u>South Carolina</u>: Edward Rutledge, Thomas Heyward, Jr., Thomas Lynch, Jr., Arthur Middleton, <u>Massachusetts</u>: John Hancock; <u>Maryland</u>: Samuel Chase, William Paca, Thomas Stone, Charles Carroll of Carrollton; <u>Virginia</u>: George Wythe, Richard Henry Lee, Thomas Jefferson, Benjamin Harrison, Thomas Nelson, Jr., Francis Lightfoot Lee; Carter Braxton; <u>Pennsylvania</u>: Robert Morris, Benjamin Rush, Benjamin Franklin, John Morton, George Clymer, James Smith, George Taylor, James Wilson, George Ross; <u>Delaware</u>: Caesar Rodney, George Read, Thomas McKean; <u>New York</u>: William Floyd, Philip Livingston, Francis Lewis, Lewis Morris; <u>New Jersey</u>: Richard Stockton, John Witherspoon, Francis Hopkinson, John Hart, Abraham Clark; <u>New Hampshire</u>: Josiah Bartlett, William Whipple; <u>Massachusetts</u>: Samuel Adams, John Adams, Robert Treat Paine, Elbridge Gerry; <u>Rhode Island</u>: Stephen Hopkins, William Ellery; <u>Connecticut</u>: Roger Sherman, Samuel Huntington, William Williams, Oliver Wolcott; <u>New Hampshire</u>: Matthew Thornton.

# HISTORY OF THE COMMON LAW

The following are Excerpts from *"Excellence of the Common Law" by Brent Winters.* You can find Brent and his books at *www.commonlawyer.com/.* He also teaches and answers questions every Monday night 9PM EST-Midnight visit *www.nationallibertyalliance.org/mondaycall* for details to join our open forum.

We in America have escaped the fascination of totalitarianism because we have in our tradition other elements - the refusal of the Hebrews to confuse God with the world ... We also have, in our tradition, Christ ... And we have in our tradition the Church where clearly human values were neither united nor total, and were opposed to the state.

**AMERICA IS UNDER COMMON LAW:** The common law tradition has neither emerged out of nor evolved from the Roman civil law. The notion that the common law evolved from the civil law is a hidden danger to common law liberties and protections. The foundations of these two legal traditions are wholly distinct, producing vastly different results; inevitably fulminating persistent conflict among nations. The common law traces its roots as far back as the Anglo-Saxon tribes. Beyond these tribes, evidence can be scant, rendering tracing of the common law's ancient principles difficult.

**ISRAEL WAS THE FIRST COMMON LAW NATION:** The earthly ruler as king was required to be subject-as an individual as well as king-to God and the law. Judicial supremacy, ultimately, was vested in God. The law under the guardianship of the priests at the central sanctuary was so vital to the king in Israel that he was instructed to make a written copy for himself. By his observance of this law, he would learn to fear and revere God in his own life.

**ANGLO-SAXON LIMITED GOVERNMENT:** *"The root idea of our Constitution is that man can be free because the state is not."*[44] The Anglo-Saxon earls elected each of their kings and permitted these kings to rule only with their consent and by their advice. The modern British have abandoned these standards: the British monarchy, although relatively powerless, has become decidedly hereditary. America's Founders, on the other hand, harked back to Anglo-Saxons' ancient standard requiring election of her President and allowing his authority only within the advice and consent of the Senate. Our American common law tradition also harks back to the Saxons: we also elect sheriffs, coroners, tax assessors, and judges locally, and cast votes for state governor and national president.

---

[44] Dean Rostow.

History has preserved the minutes of council meetings of kings and earls during the times of Alfred the Anglo-Saxon. Consequently, we are not ignorant concerning the nature of common law principles practiced in Anglo-Saxon England. When an Anglo-Saxon king died, the assembly of earls called the Witan often, but not always, appointed a member of the deceased king's family to succeed him. The Witan was the assembly of wise men and the precursor of the British Parliament and the United States Congress. The name Witan is the abbreviated form of the Anglo-Saxon Witanagemot: the assembly of the white-headed (wise) elders. Witan derives from the Anglo-Saxon whiten, referring to the hoary heads of the mature men. The Witan-age-mot was a board of elders and (at least in theory) wiser men.

The Anglo-Saxons called their early tribal law the Volkriht; translated into literal English, "folkright," "people's law," or "folk law." The Volkriht was held in common among the Germanic tribes; and more particularly, for purposes of the common law, the Volkriht tradition was the law of the Angles, the Saxons, the Jutes (Danes), and even the Celts-all having migrated, at various times, from the continent.

The advent of the written Word of God among the Anglo-Saxons in England brought a desire to read and then to write. Reading was necessary in order to discern the mind of God through His written Scriptures. God's Word encouraged writing that men may copy and translate the Scriptures", writing also enabled the production of the Lex Salica - the earliest known record of Anglo-Saxon folk law-issued on the European continent under King Clovis following his conversion to Christ in A.D. 496.288 The earliest written compilation of the Anglo-Saxon Volkriht (folk law) in England was issued by Ethelbert, the Christian king of Kent, about A.D. 865.289

**THE COMMON LAW RECEIVES SCRIPTURAL STABILITY** The pagan Anglo-Saxons discovered and put in to practice the elements of the common law. Following their migration to the British Island, the Word of God nurtured these precepts and replaced their false gods with the God of Scripture. The mind of fallen man is dark; but even so, man can discern what is right, although he is powerless of himself to practice it persistently. C.S. Lewis observed that when men demand right behavior in others, even though they neglect to behave right themselves, they prove that the potential to know the law dwells naturally in their unregenerate natures -v- God has stamped the natural law upon the natural consciousness of the natural man: fallen man possesses the ability to know God's standards of law and

government.

Winston Churchill observed that the American War for Independence was an extension of the English Revolution, the subsequent signing of the English Petition of Rights in 1629, and the English Bill of Rights of 1689. The English Revolution was an attempt to preserve the rights earlier sustained at Runnymede Meadow with the signing of Magna Carta; but reaching back even further, the signing of Magna Carta in 1215 reinforced common law rights as they had existed in old Anglo-Saxon England. As important as all these events are, none are the source of our common law liberties. God is sovereign over the affairs of men. He is the source of liberties that emanate, by His grace, from the fountainhead of His Person and eternal Word, with which the ideals of the common law tradition are consonant.

After the Norman invasion of 1066, Rome devised schemes and attempted to manipulate or force England to adopt civil law. Impelled by different forces, the struggle continues even today in common law jurisdictions, such as England and the United States, through persistent encroachment of administrative law.

**WE ARE A CHRISTIAN NATION:** The battle we fought and continue to fight today is a spiritual one. At the time of the American War of Independence, the population of the American Colonies was approximately 3,000,000 souls[45] while some 8,000,000 resided in England. Of the roughly 3,000,000 persons residing in the Colonies, about one-third were English Anglicans, Puritans, or Congregationalists; another third were Scots-Irish Presbyterians; another third were German and Dutch of Lutheran and Reformed churches. Roman Church devotees constituted approximately one and one-half percent of the colonial population; about two tenths of one-percent was Jewish. Traces of other Protestant groups made up the remaining population.

Because of Protestant culture's pervasive scriptural influence throughout the American Colonies, the Colonists held natural affinity for the common law's fundamental principles. Owing to their scriptural influence, the reformed Protestant tradition advanced a government similar in kind to the common law's Witan: a plurality of elders or assembly of men (eldership or presbyters) to which an executive or administrative officer must answer and

---

[45] Justice Story, apparently referring to the first census, writes "In 1790 the whole population of the United States was about three millions nine hundred and twenty nine thousand." STORY, *supra* note 347, at 242 (plural form *millions* in original).

independent judges. Moreover, both the Protestant and the common law traditions demanded adherence to law as an eternal ideal, as opposed to any contemporary and capricious decrees of mere men. Consequently, Americans have traditionally believed that the rules of law and their measured applications are discoverable through seeking them, not manufactured by the mind of man. Both traditions held that governments administered by men are limited, since only God is sovereign in the true sense of unlimited jurisdiction: i.e., they believed that opportunities for appeal must not only exist within government, but also, as a matter of individual conscience and practice, beyond the state. In other words, each individual is free and responsible to appeal directly to his Creator for justification of his intentions and actions.[46] Further, both maintained the importance of distinguishing and separating the fundamental offices of governments" and of a general decentralization and distribution of authority.

In order to understand Anglo-American common law, a tolerable under-standing of the English legal profession is necessary.[47] Leaders of the colonial American bar were English barristers trained in the English Inns of Court. At the time of American independence in 1776, approximately one hundred Americans were studying common law in the English Inns of Court:[48] more American than English students and their influence in America has been substantial. Compared with the mother country of approximately 8,000,000, the American Colonies of approximately 3,000,000 were training and bringing home common lawyers in a greater proportion. Through these men the common law exerted a significant impact upon our inception as a nation. John Rutledge, among the Justices appointed to the first United States Supreme Court in 1789, obtained his legal training in the English Inns of Court.[49]

Twenty-five common lawyers signed the Declaration of Independence and thirty-one of the fifty-five signers of our Constitution were common lawyers.

---

[46] America is founded upon the appeal of our forefathers beyond the state, directly to the personal Creator: "We, therefore, the Representatives of the UNITED STATES OF AMERICA, in GENERAL CONGRESS, Assembled, appealing to the Supreme Judge of the World for the Rectitude of our Intentions ... with firm Reliance on the Protection of divine Providence ... " THE DECLARATION OF INDEPENDENCE para. 32 (1776) (emphasis added, capitalization in original). Judging from the words, this solemn appeal and reliance-as are all acts of true faith in reliance upon divine Providence. as opposed to reliance upon self-justifying morality-is personal. 538.

[47] See generally §3.12-§3.12.5 of Excellence of the Common Law (discussing the education of the English common lawyer in the Inns of Court and the development of the English legal profession).

[48] *540 See* 17 A.B.A.J. 740.

[49] Some of the English-trained American colonial lawyers chose to be Tories, becoming refugees in the Caribbean. See 35 NOTRE DAME LAWYER 48, 76 (1959).

Moreover, at least fifty-one and possibly fifty-two of these fifty-five signers were evangelical Protestants.

American Colonials were sensitive to common law dignities to a degree that some in England did not appreciate. About the time of American independence, Blackstone's Commentaries on the common law appeared, selling more copies in the American Colonies than were sold in England.

During America's eighteenth century colonial days, the common law had reached a zenith of integration and expression in conscious consonance with Scripture. The motivation inspiring the American War for Independence is attributable to the high level of American interest in common law precepts as the biblical worldview of relationships and political government. This intensity of American interest, informed and sustained by William Blackstone's Commentaries on the Laws of England, continued for many decades following her independence. Blackstone's Commentaries remain the best source available for the common law's development at the middle of the eighteenth century.

Therefore, it is the duty of the Sheriff to protect and support the "Law of the Land" a/k/a the Common Law, failure to do so is a violation of their oath.

## HISTORY OF THE SHERIFF

*"America will never be destroyed from the outside. If we falter and lose our freedoms, it will be because we destroyed ourselves."* - **Abraham Lincoln**.

The county sheriff is the last line of defense when it comes to upholding and defending the Constitution. The sheriff's duties and obligations go far beyond arresting criminals and operating jails. The Sheriff also has an obligation to protect the Constitutional rights of the citizens in our counties. This includes the right to free speech, the right to assemble and the right to bear arms.

Today Liberty and our very way of life are under attack. Because We the People are ignorant to the true Law of the Land and our history, we have lost our way! It's not until we start to read about what we have inherited from our founding fathers that we start to realize how far we have drifted from the blessings of Liberty.

But there is hope; there's a grassroots movement across America building Committees of Safety to restore our American way of life. And if we can reach our

3100+/- American County Sheriffs to work with the People to restore our Constitution we can save America from self-destruction. Remember your oath!

Sheriffs took an oath to uphold and defend the Constitution, from enemies foreign AND domestic. In the history of our world, it is government tyranny that has violated the freedoms granted to us by our Creator more than any other. And it is the duty of the sheriff to protect their counties from those that would take away our freedoms, both foreign AND domestic – whether it is a terrorist from Yemen or a bureaucrat from Washington, DC.

While most people in America recognize the sheriff as the chief law enforcement officer (CLEO) for the county, they would be surprised to know that the office of sheriff has a proud history that spans well over a thousand years, from the early Middle Ages to our own "high-tech" era.

**THE BEGINNING: THE MIDDLE AGES** - More than 1,300 years ago in England, small groups of Anglo-Saxons lived in rural communities similar to modern day towns. Often at war, they decided to better organize themselves for defense. Sometime before the year 700, they formed a system of local self-government based on groups of ten. Each of the towns divided into groups of ten families, called tithing. Each tithing elected a leader called a tithing man. The next level of government was a group of ten tithing's (or 100 families), and this group elected its own chief. The Anglo-Saxon word for chief was gerefa, later shortened to reeve. During the next two centuries, groups of hundreds banded together to form a new, higher unit of government called the shire. The shire was the forerunner of the modern county. Each shire had a chief (reeve) as well, and the more powerful official became known as a shire-reeve. The word shire-reeve became the modern English word sheriff - the chief of the county. The sheriff maintained law and order within his own county with the assistance of the citizens. When the sheriff sounded the 'hue and cry' that a criminal was at-large, anyone who heard the alarm was responsible for bringing the criminal to justice. This principle of citizen participation survives today in the procedure known as posse comitatus.

**THE OFFICE GROWS** - English government eventually became more centralized under the power of a single ruler, the king. The king distributed huge

tracts of land to noblemen, who governed the land under the king's authority. The office of sheriff was no longer elected but appointed by the noblemen for the counties they controlled. In those areas not consigned to noblemen, the king appointed his own sheriffs. After the Battle of Hastings in 1066, England's rule fell to the Normans (France) who seized and centralized all power under the Norman king and his appointees. The sheriff became the agent of the king, and among his new duties was tax collection. This dictatorial rule by a series of powerful kings became intolerable, and in 1215, an army of rebellious noblemen forced the despotic King John to sign the Magna Carta. This important document restored a number of rights to the noblemen and guaranteed certain basic freedoms. The text of the Magna Carta mentioned the important role of the sheriff nine times.

**THE SHERIFF CROSSES THE ATLANTIC –** The first American counties were established in Virginia, and records show that the first American Sheriff was a Virginia Sheriff, beginning a continuing tradition when the Virginia House of Burgesses appointed the first eight Sheriffs in the first eight Counties of the New World in 1634, one of these counties elected a sheriff in 1651. Most other colonial sheriffs were appointed. Just as the noblemen in medieval England, large American landowners appointed sheriffs to enforce the law in the areas they controlled and to protect their lands. American sheriffs were not expected to pay extraordinary expenses, however, and some actually made money from the job. Throughout the eighteenth and nineteenth centuries, colonial and state legislatures assigned a broad range of responsibilities to the sheriff which included the familiar role of law enforcement. Other duties were new, such as overseeing jails, houses of corrections and work houses.

As Americans moved westward, so did the office of sheriff and the use of jails. Settlers desperately needed the sheriff to establish order in the lawless territories where power belonged to those with the fastest draw and the most accurate shot. Most western sheriffs, however, kept the peace by virtue of their authority. With a few exceptions, sheriffs resorted to firepower much less often than we have seen depicted in movies and on TV.

**THE SHERIFF TODAY –** There are over 3,100 counties in the United States, and almost every one of them has a sheriff, except for Alaska. Some cities, such as Denver, St. Louis, Richmond and Baltimore, have sheriffs as well. The office of

sheriff is established either by the state constitution or by an act of state legislature. There are only two states in which the sheriff is not elected by the voters. In Rhode Island, sheriffs are appointed by the governor; in Hawaii, deputy sheriffs serve in the Department of Public Safety's Sheriff's Division.



There is really no such thing as a "typical" sheriff. Some sheriffs still have time to drop by the town coffee shop to chat with the citizens each day, while others report to an office in a skyscraper and manage a department whose budget exceeds that of many corporations. However, most sheriffs have certain roles and responsibilities in common.

## WE THE PEOPLE



*"Governments are instituted among Men, deriving their Just powers from the consent of the governed"*

For more information and FREE Constitutional Course and Civics Course Visit

www.PoweroftheCountySheriff.org/