IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Shawndale D. Chilcoat

       Plaintiff,

vs.

Case Number: 3:23 CV 14

Judge: JUDGE HELMICK

Jeff Grey

       Defendant.

## CERTIFICATE OF MAILING

Pursuant to Local Rule 4.2(c), I hereby certify that a copy of the summons and complaint was sent by ordinary mail this _____ day of _____, 201__ to:

Sandy Opacich

Clerk of Court

By: s/ _____