In the United States District Court
Northern District of Ohio
Western Division

Shawndale D. Chilcoat,             Case No. 3:23-cv-14
    Plaintiff,

                                           The Hon. Jeffrey J. Helmick

v.

                                           Magistrate Judge Darrell Clay

Jeff Grey,
    Defendant.                         *Notice of Appearance*

        The undersigned does hereby enter his appearance as counsel for defendant, Jeff Grey.

                                         Respectfully submitted,

                                         /s/ William P. Lang
                                         William P. Lang
                                         Ohio Atty. Reg. No. 0008774
                                         WILLIAM P. LANG ATTORNEY LLC
                                         13609 Shaker Blvd., Suite 3B
                                         Cleveland, OH 44120
                                         Telephone: 216.469.9684
                                         Fax: 866.679.1783
                                         william.lang@williamlangattorney.com
                                         Attorney for Jeff Grey

                                         *Proof of Service*

        The undersigned certifies that this *Notice of Appearance* was electronically filed on January 14, 2023. Notice of filing will be sent to all parties by the operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of this *Notice of Appearance* was sent to Shawndale D. Chilcoat by ordinary U.S. Mail, postage prepaid, at 3528 Bunker Hill Rd, Celina, OH 45822.

                                         /s/ William P. Lang
                                         William P. Lang