# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SHAWNDALE D. CHILCOAT | : | Case No. 3:23-cv-14 |
| Plaintiff, | : | Judge Jeffrey Helmick |
| v. | : | Magistrate Judge Darrell Clay |
| JEFF GREY | : | **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT, JEFF GREY** |
| Defendant. | : | |
| | : | |

Bartholomew T. Freeze (0086980) of the law firm of Freund, Freeze & Arnold, LPA, Capitol Square Office Building, 65 East State Street, Suite 800, Columbus, Ohio 43215-4247, hereby enters his appearance as additional counsel for Defendant, Jeff Grey, in the above-captioned matter.

Respectfully submitted,

*/s/ Bartholomew T. Freeze*
Bartholomew T. Freeze (0086980)
FREUND, FREEZE & ARNOLD
Capitol Square Office Building
65 East State Street, Suite 800
Columbus, OH 43215-4247
Phone: (614) 827-7300
Fax: (614) 827-7303
bfreeze@ffalaw.com

*/s/ William P. Lang*
William P. Lang (008774)
Law Office of William P. Lang
13609 Shaker Blvd., Suite 3B
Cleveland, OH 44120
Ph: (216) 469-9684
Fax: (866) 679-1783
William.lang@williamlangattorney
*Counsel for Defendant, Jeff Gre7*

**CERTIFICATE OF SERVICE**

    A true and accurate copy of the foregoing was served this 20th day of January 2023, via electronic and/or regular U.S. mail upon:

Shawndale D. Chilcoat
3528 Bunker Hill Rd.
Celina, Ohio 45822
*Plaintiff*

                                            */s/ Bartholomew T. Freeze*
                                            Bartholomew T. Freeze (0086980)