UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawndale D. Chilcoat,            Case No. 3:23-cv-014

    Plaintiff

v.            JUDGMENT ENTRY

Jeff Grey,

    Defendant

For the reasons stated in the Memorandum Opinion and Order, this action is dismissed pursuant to 28 U.S.C. § 1915(e). I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge